Electronically Filed July 29, 2009

| | |
|---|---|
| RICHARD L. WYNNE, ESQ.<br>California Bar No. 120349<br>LORI SINANYAN, ESQ.<br>California Bar No. 209975<br>BENNETT L. SPIEGEL, ESQ.<br>California Bar No. 129558<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: 213-489-3939<br>Facsimile: 213-243-2539<br>Email:   rlwynne@JonesDay.com<br>           lsinanyan@JonesDay.com<br>           bspiegel@JonesDay.com<br>*Attorneys for The Ad Hoc Committee of Senior and Subordinated Noteholders of Station Casinos, Inc.* | BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>ANNE M. LORADITCH, ESQ.<br>Nevada Bar No. 8164<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400 North<br>Las Vegas, Nevada  89169<br>Telephone:  702-792-3773<br>Facsimile:   702-792-9002<br>Email: axelrodb@gtlaw.com<br>           loraditcha@gtlaw.com<br>*Local Counsel for The Ad Hoc Committee of Senior and Subordinated Noteholders of Station Casinos, Inc.* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☒ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC | Case No. BK-09-52477-GWZ<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS [F.R.B.P. 9010(b), 2002 AND 3017(a)]** |

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1

LV 418,887,107v1 7-29-09

RICHARD L. WYNNE, ESQ., LORI SINANYAN, ESQ., and BENNETT L. SPIEGEL, ESQ. of the law firm of JONES DAY, counsel for The Ad Hoc Committee of Senior and Subordinated Noteholders of Station Casinos, Inc., and BRETT A. AXELROD, ESQ. and ANNE M. LORADITCH, ESQ. of the law firm of GREENBERG TRAURIG, LLP, local counsel for The Ad Hoc Committee of Senior and Subordinated Noteholders of Station Casinos, Inc. ("Creditor"), hereby appear as counsel of record and request special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing and pursuant to Bankruptcy Rule 2002(g) and all notices required to be mailed to Creditor pursuant to Bankruptcy Rule 2002, should be directed to the following:

>RICHARD L. WYNNE, ESQ.
>LORI SINANYAN, ESQ.
>BENNETT L. SPIEGEL
>JONES DAY
>555 South Flower Street
>Fiftieth Floor
>Los Angeles, CA 90071
>
>BRETT A. AXELROD, ESQ.
>ANNE M. LORADITCH, ESQ.
>GREENBERG TRAURIG, LLP
>3773 Howard Hughes Parkway
>Suite 400 North
>Las Vegas, Nevada 89169

Dated this 29th day of July 2009.

>GREENBERG TRAURIG, LLP
>
>By:     /s/Brett A. Axelrod
>BRETT A. AXELROD, ESQ.
>Nevada Bar No. 5859
>ANNE M. LORADITCH, ESQ.
>Nevada Bar No. 8164
>3773 Howard Hughes Parkway,
>Suite 400 North
>Las Vegas, Nevada 89169
>Telephone: (702) 792-3773
>Facsimile: (702) 792-9002
>*Committee of Senior and Subordinated Noteholders of Station Casinos, Inc.*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 418,887,107v1 7-29-09