# EXHIBIT A

# EXHIBIT A

# Exhibit A To Declaration Of Paul S. Aronzon

## Disclosure of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
## Potential Parties in Interest

### Debtors

Station Casinos, Inc.
Northern NV Acquisitions, LLC
Reno Land Holdings, LLC
River Central, LLC
Tropicana Station, LLC
FCP Holding, Inc.
FCP Voteco, LLC
Fertitta Partners LLC
FCP MezzCo Parent, LLC
FCP MezzCo Parent Sub, LLC
FCP MezzCo Borrower VII, LLC
FCP MezzCo Borrower VI, LLC
FCP MezzCo Borrower V, LLC
FCP MezzCo Borrower IV, LLC
FCP MezzCo Borrower III, LLC
FCP MezzCo Borrower II, LLC
FCP MezzCo Borrower I, LLC
FCP PropCo, LLC

### Primaries/Assignees

DB Trust Americas
Babson
Bank Of Nevada
Bank of America
Bank of Hawaii
Bank of Nova Scotia
Bank of Scotland
BNP Paribas
First Tennessee Bank
GE CAP
Genesis CLO 2007-2
JP Morgan Chase NA
Natixis
Sandell -Castlerigg Master INV
TCW - High Income Partners
Union Bank
US Bank, NA
Wachovia Bank N.A., Charlotte

LA1:#6398892

Wells Fargo

**Bondholders**

Fidelity Management & Research Co.
Oaktree Capital Management LLC
Western Asset Management Co.
Goldman Sachs Asset Management LP
Franklin Templeton Investments
MFS Investment Management
Prudential Investment Management
Pacific Investment Management Co. LLC
Northwestern Investment Management Co.
Barclays Capital
Nomura Asset Management Co. Ltd.
Serengeti Asset Management LP
Lord. Abbett & Co. LLC
AllianceBernstein LP
New York Life Investment Management LLC
Metropolitan Life Insurance Co.
PPM America Inc.
Dreman Value Management LLC
Brigade Capital
Trust & Custody Services Bank Ltd.
CS Securities USA
Morgan Stanley Investment Management Inc.
AEGON USA Investment Management LLC
Pioneer Investment Management Inc.
Teachers Advisors Inc.
GE Asset Management Inc.
Richard Bennett Sachs
Travelers Companies Inc.
Eaton Vance Management Inc.
Putnam Investments
High River LP
Continental Casualty Co.
Continental Casualty Co.
JP Morgan Chase Fixed Income
Pyramis Global Advisors LLC
OppenheimerFunds Inc.
Winterthur Life UK Ltd.
Wellington Management Co. LLP
T. Rowe Price Associates Inc.
MacKay Shields LLC
Columbia Management Advisors LLC
King Street Capital Ltd.

LA1:#6398892

RBC Asset Management Inc.
Babson Capital Management LLC
Fortis Investments
Japan Trustee Services Bank Ltd.
Stone Harbor Investment Partners LP
Jefferies High Yield Trading, LLC
Denver Investment Advisors LLC
Saxon & Co.
Liberty Mutual Insurance Co.
Delaware Investments
Teachers Retirement System of Texas
Ares Management LLC
First Investors Management Co. Inc.
Lehman Brothers
National Life Group
Greenwich Capital Management
Scottish Widows Investment Partnership
Logan Circle Partners, L.P.
Security Management Co. LLC
Swiss Re Financial Corp.
Blackrock Financial Management Inc.
Guardian Life Insurance Co. of America
Sentinel Asset Management Inc.
Thrivent Financial for Lutherans
Deutsche Asset Management
40/86 Advisors Inc.
The Gibraltar Life Insurance Co. Ltd.
Fort Washington Investment Advisors Inc.
W. R. Huff Asset Management Co. LLC
WellPoint Inc.
Universal-Investment-Gesellschaft mbH
Pictet & Cie (Europe) SA Luxembourg
American Century Investment Management
Aviva Capital Management Inc.
White Mountains Advisors LLC
Nationwide Insurance Co.
Humana Inc.
Caywood-Scholl Capital Management
Mizuho Bank (Switzerland) Ltd.
J. & W Seligman & Co. Inc.
RS Investments
CIBC World Markets Corp.
Amgen
ABN AMRO Asset Management Ltd.
Nordcon Investment Management AG
American Beacon Advisors Inc.

Allstate Investments LLC
UBS AG London
Citigroup Insurance Investments
FAF Advisors Inc.
First Asset Funds Inc.
Ohio PERS
Transamerica Investment Management LLC
Metropolitan West Asset Management LLC
Standish Mellon Asset Management LLC
Northern Trust Global Investments
Goodwin Capital Advisers Inc.
Stichting Philips Pensionfund
Union Investment Privatfonds GmbH
United Financial Corp.
State Street Global Advisors Inc.
Janus Capital Management LLC
Fiduciary Trust Co. International
Signature Global Advisors
ING Investment Management (Netherlands)
MFC Global Investment Management
Summit Investment Partners Inc.
UBS Global Asset Management (Americas), Inc.
Bradford & Marzec Inc.
Barclays Fixed Income
NOBO Accounts

**Litigation Parties**

Josh Luckevich
Cathy Scott
Julie St. Cyr
Blake Murchison
Robert Cohen
2006 Cohen Trust
Robert Alexander
Debra I. Boyd (in her capacity as Special Administrator to the Estate of Christie L. Wilson)
H. Betti
Corinn Ignatieff (Medina)
Amarissa Rodriguz (Dillhyon)
Ann Caudle

**Directors and Officers**

Thomas Barrack
William W. Warner
Richard J. Haskins

LA1:#6398892

Matthew L. Heinhold
Joe Haley
Scott Rapaport
Michael Brunet
Lisa DeDonato
Jennifer Schwartz
Lorenzo J. Fertitta
Frank J. Fertitta III
Thomas M. Friel
Jonathan H. Grunzweig
Kevin L. Kelley
Scott M. Nielson
James E. Nave

**Professionals**

Accounting Solutions 4 U, LLC
Akerman Senterfitt
American Arbitration Association
Anderson Tuell LLP
Applied Analysis
Association Of Strategic Marke
Aterwynne,LLP
Bearingpoint Inc
Bentley Price Associates
Bible Mousel
Blackman Consulting
Bodman LLP
Brownstein Hyatt Farber Schrec
Ca Consulting
Clark Wolf Company
Clerk Of The Supreme Court
Clerk, Kansas Supreme Court
Comport Consulting Vermont,LLC
Compton Dancer Consulting Inc.
Comsys Services LLC
Cragin & Pike, Inc.
Criminal History Repository
Ct Corporation System
D.F. King &Co., Inc.
Dee Polley
Dreier Stein Kahan Browne Wood
Drinker Biddle & Reath LLP
Duff & Phelps LLC
Dz Consulting

LA1:#6398892

Elizabeth Blau & Associates
Ernst & Young LLP
Fine Consulting Inc Dba
Fredericks & Peebles LLP
Gang Tyre Ramer & Brown Inc
Geocon Consultants, Inc
Global Intelligence Network
Grant J. Milleret
Greenberg Traurig LLP
Gregory & Associates
Halling + Sokol LLP
Huffman-Broadway Group, Inc
Hydroscience Engineers, Inc
Intelligent Agent Discovery Ma
Jefferson Wells International
Jessie Gibson
Jim Singleton
Jobbi LLC
John F. Marchiano
Jones Vargas
Kansas Continuing Legal Ed. Co
Kazhe Law Group P.C.
Kroll Schiff & Associates, Inc
Lab Consulting
Las Vegas Iia Chapter
Las Vegas Sports Consulants, I
Latham & Watkins, LLP
Lehman Kelly Sadler & O'keefe
Lewis, Rice & Fingersh
Maier & Pfeffer Attorney
Mark Mcasey
Marshall Stevens, Inc
Mcintosh Communications
Mike Iamaio
Ml Strategies LLC
Mobius Risk Group LLC
MSA Engineering Consultants
New Market Advisors
Nick Langenfeld
Nielsen, Merksamer, Parrinello
Oracle USA, Inc
Parsons Behle & Latimer
Peters Engineering Group
Pilothouse Consulting, Inc.
Platinum Advisors, L.L.C
Pyatt & Silvestri & Hanlon

Quinn Emanuel Urquhart Oliver
R Systems International Ltd
Racing Consulting Group
RBF Consulting
Reuters Research, Inc
RHR Consulting Engineers
Robert A. Karn & Assoc.
Ryan Erwin Associates
Sgpa Architecture And Planning
Sierra Strategies
Signature Worldwide
Site Synergy
Skadden, Arps, Slate, Meagher & Flom
Sloat Higgins Jensen & Assoc.
Sonnenschein Nath & Rosenthal
Standard & Poor's
State Bar Of Nevada
Studio 66
The Learning Center Inc
The Linscheid Company, Inc
The Skancke Company
Themeworks, Inc.
Thomson Financial Corporate Gr
Townsend & Townsend & Crew LLP
Vmworld 2008
Vslive! Las Vegas
Deductible Recovery GRO

**Utilities**

Southwest Gas Corporation
Embarq
Cox Communications
Sprint
Nevada Power dba NV Energy
Republic Services, Inc.
Las Vegas Valley Water District
AirCell, Inc.
AT&T Wireless
AT&T MOBILITY
AT&T Teleconference Service
Global Crossing Conferencing
Intercall
USA Mobility Wireless Inc.
T-Mobile
TW Telecom

Verizon Wireless
Verizon Airfone

**Landlords**

FCP PropCo, LLC
Cole So Las Vegas NV, LLC
JHS, LLC
KB Home Nevada, Inc.
Paradise Aviation Owners' Association, LLC
CV PropCo, LLC
KB Enterprises
Texas Gambling Hall & Hotel
J.A. Tiberti Construction Company
Charleston Pavilion, LLC

**Largest Unsecured Creditors**

Deutsche Bank Trust Company Americas
Latham & Watkins LLP
German American Capital Corporation
JP Morgan Chase Bank Na
Keybank Real Estate Capital
Centerline Servicing Inc
Deutsche Bank Trust Company Americas
Law Debenture Trust Company
Nevada Energy
Us Foodservice Of Nevada
I.G.T. Megajackpot Fund
Wms Gaming Inc.
Las Vegas Review Journal
Supreme Lobster
I.G.T
24/7 Customer Support
Pepsi Cola Company Tx
Principal Life Insurance Co.
Williams Gaming, Inc.
Mission Industries
Southern Wine & Spirits
Nv Megajackpots
Get Fresh
Occidental Energy Marketing, Inc.
Young Electric Sign Company
Outwest Meat Co.

LA1:#6398892

American Express-Corp Cpc
Sprint
Universal Bakery
State Restaurant Equipment
Brownstein Hyatt Farber Schreck P.C.
Southwest Gas
Hospitality Network, Ltd.
J Picini Flooring
Pacific Seafood Las Vegas Inc
Nevada Beverage Company
Aristocrat Technologies, Inc.
Shetakis Wholesalers Inc
Mission Industries #44
Charleston Pavillion, LLC
Sysco Food Services
Dynamic Cleaning
IGT - Action Game Royalty
Clear Channel Outdoor
Kwong Yet Lung Company
Lamar Companies, The -La
Daily Racing Forms
Sprint
Food Express
Sixteenfifty Holdings Inc
Advanced Building
Las Vegas Dissemination
Vegas Bar Supply
Deluca Liquor And Wine
Core-Mark
Las Vegas Bingo Supply
Fortunet, Inc.
Premier Meat Company
Farmer Brothers Coffee Company
Cintas Corporation #059
Bonanza Beverage Company
Interactive Intelligence
GSA
Las Vegas Valley Water District
Starbucks Coffee Co -Seattle
Anderson Dairy Products
Atronic Americas LLC
G.L.M. Cabinets
Globalysis
Ference
Bishop-Mccann
Color Reflections

Creel Printing
Las Vegas Weekly LLC
Namco Cybertainment, Inc.
Mission Industries #63
Arc Paper
Xerox
Tccs Limited
City Of Henderson-Utility Services
Coors Of Las Vegas
Williams Gaming
PCAOB
MDC Restaurant's, LLC Dba Denny's
Santa Monica Seafood Co.
Turney Development
Pyro Combustion And Controls Inc
Dirson Enterprises  Dba Sports Graphics
Beat Advisors
Winglord III, LLC - Wingstop Restaurant
Projected Resolutions
Gilchrist & Soames Acquisition
Brady Industries Inc.
Brady Linen Services, LLC
Holsum Bread Dba Aunt Hatties Bread
Royal Printing
International Insurance Services, Ltd.
Texas Gaming Association
Graphic Controls LLC
Nedco Supply Electrical Wholesaler
Westco Bakemark Food Service
Clark County Assessor
Logo Apparel & Asap
Shuffle Master, Inc. (See Memo)
Villa Wichitam Falls,Inc/Dba Villa Pizza
Merrill
United States Playing Cards Co.
Hi-Tech Commercial Service
Fatburger     (Comps)
Room Service Amenities, Ads Sales Co Dba
So Nevada Environmental
DLA Piper
No Fault Technologies
Superior Electrical Contractors Inc
Synxis
RR Donnelley
Pride Printing, LLC
Hewlett-Packard Company

Haig's Quality Printing
Pipe Maintenance Service, Inc.
Hoshizaki Western
Cimco Refrigeration, Inc
Saflok
Pies Unlimited
Vegas Magazine Partners LLC
Allied Charcoal & Wood Products
Kelley Technologies
Par 3 Landscape & Maint. Inc.
Carvalho Angelo Committee To Elect
Casino Job Center, Inc
Say Cheesecake
American Fence Company, Inc.
Red Bull North America Inc
Embarq Dallas
OC Tanner
BMI General Licensing
Evolutionary Events
Otis
Granello Bakery, Inc.
Cox Cable
Tortillas Incorporated Los Arcos
Accounting Solutions 4 U, LLC
Hong Kong Market Inc
Lorenzi Mini Storage
Taleo
Computerized Bookmaking Systems
Oxy West, LLC.
Hosoda Bros. Inc Importers-Wholesalers
Caesars Palace Las Vegas/ Acct's Receive
Desert Gold Food Co.
V.S.R. Industries
State Collection And Disbursement Unit
Ecolab
Withers Worldwide Transportation Systems
A Accountable Carpet Care, Inc.
Lotus Broadcasting
Otis Spunkmeyer
Langworthy Wheels
Codale Electric Supply, Inc.
Haycock Petroleum Co., Inc.
Agilysys Nv, LLC
Sunset Station
5 Star Strategic Services
Reid For Nevada

LA1:#6398892

United States Postal Service Ams/Tmsacct
Gaming Partners International USA
Original Pancake House (Comps)
At&T
Packaging Specialties Co
Rochester Midland
Torn Ranch
Meeting Planner IIR
Renu Oil Of America, Inc.
Waxie Sanitary Supply
Jacada
Towers Perrin
Filterworks
Universal Meeting Management
Safari Florists
Hyatt Legal
Systems Supply, Inc.
Tek Visions
Quality Upholstery, Inc
Wall Street Journal
Central Credit, LLC
Great Buns
Patchins & Partners, LLC
Safe Electronics, Inc.
Circe Inc.
National Cinemedia, LLC
Ecolab Pest Elimination
Las Vegas Review Journal / Sun(Giftshop)
Accountants Inc
Mailmax
Happ Controls
Johnson Controls
Monarch Promotions, Inc.
Bible Mousel
Cbs Outdoor
Cal Bowling
Praml
International Marine Products, Inc
Thyssenkrupp Elevator Corp

**Additional Parties:**

Safety National Insurance Co.
Zurich Insurance Co.
NSU Hospitality
St. Paul Travelers

LA1:#6398892

CNA Insurance Co.
Great American Insurance Co.
St. Paul Mercury Insurance Co.
ACE American Insurance Co.
Liberty Mutual Insurance Co.
National Union Fire Insurance Co. of Pittsburgh
U.S. Specialty Insurance Co.
XL Specialty Insurance Co.
ACE American Insurance Co.
Allied World Assurance Company Ltd
Chicago Underwriting Group, Inc.
Endurance Specialty Insurance Co.
Hudson Insurance Company
Liberty International Underwriters
National Union Fire Insurance Co. of Pittsburgh
RSUI Indemnity
Twin City Fire Insurance Co.
Westchester Fire Insurance Co.
XL Specialty Insurance Co.
Zurich American Insurance Co.
Great American Insurance Co.
Federal Insurance Co. (through Starr Aviation)
Chubb Group
American International Specialty Lines
Colony Capital LLC
Warner Gaming
Gordon Biersch Brewing Co.
Zuffa, Inc.
AIB Debt Management Limited
Bank Of America
Bank Of America Nevada General Bank
Bank Of Scotland PLC
Calyon New York Branch
CIT Lending Services Corporation An Affiliate of the CIT Group Inc
City National Bank
Commerzbank Aktiengesellschaft New York Branch/Grand Cayman Branch
Community Bank Of Nevada
First National Bank Of Nevada
Manufacturers Bank
Natixis
Nevada State Bank
Service 1st Bank Of Nevada
US Bank National Association
Wachovia Bank National Association
Wells Fargo Bank National Association

**Insurer/Underwriter**

Zurich Insurance
St. Paul Travelers
CNA Insurance
Great American Insurance
ACE American Insurance
Liberty Mutual Insurance
National Union Fire Insurance Co. of Pittsburgh
XL Specialty Insurance
Allied World Insurance CompanyHudson Insurance Company
RSUI Indemnity
Twin City Fire Insurance
Zurich American Insurance
Great American Insurance
Chubb Group
American International Specialty Lines

**Affiliates**

Sunset Station Water and Sewer Association
Green Valley Ranch Gaming, LLC
Greens Café, LLC
Town Center Amusements, Inc., LLC
Sunset GV, LLC
Fiesta Palms, LLC
Palms Place, LLC
Palms Place II, LLC
Sunset Station, Inc.
Fiesta Station, Inc.
GV Ranch Station, Inc.
Lake Mead Station, Inc.
Boulder Station, Inc.
Green Valley Station, Inc.
Gold Rush Station, LLC
Charleston Station, LLC
Palms Station, LLC
River Central, LLC
Loose Elkhorn Properties, LLC
Palace Station Hotel & Casino, Inc.
Rancho Station, LLC
Santa Fe Station, LLC
Texas Station, LLC
Tropicana Station, LLC
Magic Star Station, LLC

LA1:#6398892

LML Station, LLC
STN Aviation, Inc.
Station Construction, LLC
Aliante Station LLC
Aliante Holding, LLC
Centerline Holdings, LLC
Northern NV Acquisitions, LLC
Reno Land Holdings, LLC
Vista Holdings, LLC
Inspirada Station LLC
CV HoldCo LLC
CV PropCo, LLC
Station Holdings, Inc.
Town Center Station, LLC
SC Rancho Development LLC
Tropicana Acquisitions LLC
Durango Station Inc.
SC Durango Development LLC
Durango Station Retail LLC
Your Move Inc.
Rancho Road LLC
LV Asset Holdings, LLC
LV Residential Holdings, LLC
Southern NV Rental Holdings LLC
Wyandotte Holdings, LLC
Tropicana Station LLC
Pest Enterprises Inc.
Eden Las Vegas, LLC
Fisher Brothers Las Vegas LLC
Paradise Las Vegas LLC
Taos Land Company LLC
Integral Partners Park Place Center-Las Vegas LLC
Auburn Development LLC
Station California LLC
Station Development LLC
SC Sonoma Development LLC
SC Sonoma Management LLC
Sonoma Land Holdings, LLC
SCI/CE Rohnert Park, LLC
Fresno Land Acquisition LLC
SC Madera Development LLC
SC Madera Management LLC
SC Butte Development LLC
SC Butte Management LLC
SC Michigan LLC
MPH Enterprises LLC

LA1:#6398892