E-filed September 1, 2009

| | |
|---|---|
| Paul S. Aronzon (CA State Bar No. 88781) | Bruce T. Beesley (NV SBN 1164) |
| Thomas R. Kreller (CA State Bar No. 161922) | Laury Macauley (NV SBN 11413) |
| MILBANK, TWEED, HADLEY & McCLOY LLP | LEWIS AND ROCA LLP |
| 601 South Figueroa Street, 30th Floor | 50 West Liberty Street, Suite 410 |
| Los Angeles, California 90017 | Reno, Nevada 89501 |
| Telephone:   (213) 892-4000 | Telephone:   (775) 823-2900 |
| Facsimile:   (213) 629-5063 | Facsimile:   (775) 823-2929 |
| | bbeesley@lrlaw.com; tdarby@lrlaw.com |
| Proposed Reorganization Counsel for Debtors and Debtors in Possession | Proposed Local Reorganization Counsel for Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| In re: | Case No. BK-09-52477 |
| STATION CASINOS, INC., | Jointly Administered<br>BK-09-52470 through BK-09-52487 |
| ☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects Station Casinos, Inc.<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC | Jointly Administrated<br><br>**AGENDA OF MATTER SCHEDULED FOR HEARING**<br>[Continued First Day Motions]<br><br>Hearing Date:   September 2, 2009<br>Hearing Time:   9:30 a.m.<br>Place:   300 Booth Street<br>            Reno, NV 89509 |

1. Application By Jointly Administered Debtors For An Order Authorizing Employment And Retention Of Lazard Freres & Co., LLC As Financial Advisor And Investment Banker (11USC 327(a) 328 (a) & FRBP 2014(a)).  [Docket No. 102]

   Declaration Of Daniel Aronson In Support Of Debtors' Application For An Order Pursuant To 11 U.S.C. (11USC 327(a) 328 (a) & FRBP 2014(a)).  Dkt No. 103

   Set Via Order Shortening Time:  August 13, 2009 [Docket No.123]

   Objection Filed:  None
   Status:  This matter is going forward

2. Application By Jointly Administered Debtors For An Order Authorizing Employment And Retention Of Squire, Sanders & Dempsey LLP as Special Counsel to the Special Litigation Committee of the Board of Directors (11 USC 327(e); & FRBP 2014(a), 2016(b) & 6003); LR 2014.   [Docket No. 104]

   Declaration of Stephen D. Lerner in Support of Debtors' Application for an Order [Docket No. 107]

   Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

   Objection Filed:      None
   Status:               This matter is going forward

3. Application For An Order Authorizing Employment And Retention Of Gibson, Dunn & Crutcher LLP as Special Counsel for Certain of the Debtors (CMBS Debtors)  Pursuant To (11 USC 327(e); & FRBP 2014(a), 2016(b) & 5002; LR 2014).  [Docket No. 105]

   Declaration of Leslie Wasser in Support of Application For An Order Authorizing Employment And Retention Of Gibson, Dunn & Crutcher LLP as Special Counsel for Certain of the Debtors (CMBS Debtors)  [Docket No. 106]

   Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

   Objection Filed:      None
   Status:               This matter is going forward

4. Application by Jointly Administered Debtors For An Order Authorizing Employment And Retention Of Odyssey Capital Group, LLC as Financial Advisor and Investment Banker to the Special Litigation Committee of the Board of Directors of Station Casinos Pursuant To (11 USC 327(e); & FRBP 2014(a), 2016(b) & 6003; LR 2014).  [Docket No. 108]

Declaration of Lawrence X. Taylor in Support of the Application by Jointly Administered Debtors For An Order Authorizing     Employment And Retention Of Odyssey Capital Group, LLC as Financial Advisor  and Investment Banker to the Special Litigation Committee of the Board of  Directors of Station Casinos [Docket No. 109]

Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

Objection Filed:       None
Status:                This matter is going forward

5.  Application by Jointly Administered Debtors For An Order Authorizing Employment And Retention Of Milbank, Tweed, Hadley & McCloy LLP as Counsel for the Debtors Pursuant To (11 USC 327(a); & FRBP 2014(b), 2016(b) & 5002; LR 2014).   [Docket No. 110]

Declaration of Paul Aronzon in Support of the Application for an Order of Employment Pursuant to  (11USC 327(a); & FRBP 2014(a), 2016(b) & 5002; LR 2014). [Docket No. 109]

Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

Objection Filed:       None
Status:                This matter is going forward

6.  Application by Jointly Administered Debtors For An Order Authorizing Employment And Retention Of FTI Consulting as Financial Advisors for the Debtors and Debtors in Possession Pursuant To (11 USC 327(a); & FRBP 2014(a), & 5002).   [Docket No. 112]

Declaration of Freddie Reiss in Support of the Application for an Order of Employment pursuant to 11 USC 327(a); & FRBP 2014(a), & 5002).  Docket No. 113]

Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

Objection Filed:       None
Status:                This matter is going forward

7.  Application for an Order Approving the Employment of FTI Consulting as Financial Advisors for Certain of the Debtors (CMBS Debtors) [Docket No. 114]

Declaration of Ronald Greenspan in Support of the Application for an Order of Employment. Docket No. 115]

Set Via Order Shortening Time:  August 13, 2009 [Docket No. 123]

Objection Filed:       None

Status:            This matter is going forward

Additional pleadings relating to Retention Applications:

    A.    Omnibus Declaration of Thomas M Friel in Support of the Professional Retention Applications [Docket No. 116]

    B.    Notice of Revised [Proposed] Orders [Docket No. 162]

    C.    Amended Notice of *Redline Versions of Revised* [Proposed] Orders [Docket No. 207]

8.    Motion For Authorization Of Debtors To Continue Cash Management System, II) Maintain Existing Bank Accounts and Business Forms and (III Maintain Existing Investment Policy (11 U.S.C. §§ 105 (a), 345(b), 363(c) & 364) [Docket No. 7]

Continued from July 30, 2009 via Interim Order Entered July 30, 2009 [Docket No. 228]

Interim Order Pursuant To 11 U.S.C. Section 105(a), 345(b), 363 and 364 For Authorization To (i) Continue Cash Management System, (ii) Maintain Existing Bank Accounts and Business Forms, and (iii) Maintain Existing Investment Policy [Docket No. 22]

Objection Filed:    None
Status:             This matter is going forward

9.    Motion by Jointly Administered Debtors for Interim and Final Orders (I) Authorizing Payment of Wages, Compensation and Employee Benefits, and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations. [Docket No. 8]

Supplemental Brief in Support of Motion [Docket No. 164]

Interim Order [Docket No. 164]

Continued from July 30, 2009 via Interim Order Entered July 30, 2009 [Docket No. 228]

Objection Filed: None
Response:
Status:            This matter is to be continued

10. Motion to Jointly Administered Debtors and FCP Propoco LLC for Interim and Final Orders Pursuant to 11 USC 361, 362 & 363 Approving Stipulation for 1) Adequate Protection; and 2) Use of Cash Collateral with Respect to Secured Loans to FCP Propco LLC.  [Docket No. 34 & 32]

    Continued from July 30, 2009 via Interim Order Entered July 30, 2009 [Docket No. 228]

    Objection Filed:  Official Committee of Unsecured Creditors, Objection to Motion to Interim and Final Orders Pursuant to 11 U.S.C. §§ 361, 362 and 363 Approving Stipulation for (i) Adequate Protection and (ii) Use of Cash Collateral With Respect to Secured Loans for FCP PropCo, LLC [Docket No. 205]

    Supplemental Objection:  Official Committee of Unsecured Creditors [Docket No. 248]

    Response: Response of Deutsche Bank to Committee Objection to Propco Cash Collateral  [Docket No. 253]

    Statement of Position of Deutsche Bank Entities in Connection with September 2, 2009 hearing [Docket No. 153]

    Interim Order:  [Docket No. 61]

    Status:       This matter is going forward

11. Motion To Assume Reimbursement To Directors And Officers Pursuant To 11 USC 105(a), 362,363 and 365 [Docket No. 14]

    Supplemental Brief to Motion to Assume Reimbursement to Directors [Docket No. 167]

    Supplemental Declaration of Thomas M. Friel [Docket No. 168]

    Notice of Revised [Proposed] Order and Redline Version Re:  Final Order Pursuant to Sections 105(a), 362, 363 and 365 of The Bankruptcy Code to Permit Debtors to Honor and Assume Reimbursement, Indemnification and Related Obligations to Directors and Officers, Including Limited Modification of the Automatic Stay to the Extent Necessary to Access Director and Officer Insurance [Docket No. 254]

    Objection Filed:    None
    Status:             This matter is going forward

12. Motion Authorizing Employment Of Professional In Ordinary Course Of Business Pursuant To 11.U.S.C. §§ 105(a), 327, 328 [Docket No. 15]

    Supplemental Brief [Docket No. 166]

    Notice of Revised [Proposed] Order and Redline Version Re: Order Pursuant to §§ 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business [Docket No. 255]

    Objection Filed:     None
    Status:              This matter is going forward

13. Motion Authorizing Rejection Of Certain Nonresidential Lease Of Unoccupied Commercial Premises [Docket No. 20]

    Declaration of Thomas A. Roberts in Support of Supplemental Memorandum in Support of Motion [Docket No. 158]

    Supplemental Memorandum in Support of Motion [Docket No. 156]

    Continued from July 30, 2009 via Interim Order Entered July 30, 2009 [Docket No. 228]

    Errata [Docket No. 174]

    Objection Filed:     None
    Status:              This matter is going forward

Lewis and Roca LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501

109678.1