NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
USTPRegion17.RE.ECF@usdoj.gov
300 Booth Street, Room 2129
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:    STATION CASINOS, INC.
Case no.    BK-N-09-52477-GWZ    Chapter 11
Jointly Administered with:

| | | |
|---|---|---|
| ☐ | Affects this Debtor (STATION CASINOS, INC.) | 09-52477 |
| ☒ | Affects All Debtors | |
| ☐ | Affects NORTHERN NV ACQUISITIONS, LLC | 09-52470 |
| ☐ | Affects RENO LAND HOLDINGS, LLC | 09-52471 |
| ☐ | Affects RIVER CENTRAL, LLC | 09-52472 |
| ☐ | Affects TROPICANA STATION, LLC | 09-52473 |
| ☐ | Affects PCP HOLDING, INC. | 09-52474 |
| ☐ | Affects PCP VOTECO, LLC | 09-52475 |
| ☐ | Affects FERTITTA PARTNERS, LLC | 09-52476 |
| ☐ | Affects FCP MEZZCO PARENT, LLC | 09-52478 |
| ☐ | Affects FCP MEZZCO SUB, LLC | 09-52479 |
| ☐ | Affects FCP MEZZCO BORROWER VII, LLC | 09-52480 |
| ☐ | Affects FCP BORROWER VI, LLC | 09-52481 |
| ☐ | Affects FCP BORROWER V, LLC | 09-52482 |
| ☐ | Affects FCP BORROWER IV, LLC | 09-52483 |
| ☐ | Affects FCP BORROWER III, LLC | 09-52484 |
| ☐ | Affects FCP BORROWER II, LLC | 09-52485 |
| ☐ | Affects FCP BORROWER I, LLC | 09-52486 |
| ☐ | Affects FCP PROPCO, LLC | 09-52487 |

**REPORT OF U.S. TRUSTEE AT SECTION 341(a) MEETING**

**OLD**
HEARING DATE: Oct. 5, 2009
HEARING TIME:   1:00 p.m.

**NEW**
HEARING DATE: Nov. 9, 2009
HEARING TIME:   2:00 p.m.

1. Date of Hearing:        October 5, 2009
   Time of Hearing:        1:00 p.m.

2. Meeting is:    ☐ Concluded;    ☒ Continued to <u>November 9, 2009 at 2:00 p.m.</u>.

   Reason for continuation:
   ☒ Debtor(s) failed to file schedules and/or statement of financial affairs.
   ☐ Debtor(s) failed to cooperate with the U.S. Trustee.
   ☐ Debtor(s) failed to appear.
   ☐ Debtor(s) not represented by counsel.
   ☐ Other: _____

3. Debtor's bank: _____
   Final bank statement of pre-petition account provided?    ☐ Yes   ☐ No

4. Attorney's Disclosure of Fee Arrangement filed?    ☒ Yes   ☐ No
   Attorney's Application for Employment?              ☒ Yes   ☐ No

5. Reports submitted:        ☐ Evidence of Insurance
                             ☐ Income Tax Returns
                             ☐ Inventory
                             ☐ Accounts Receivable
                             ☐ Accounts Payable

6. First Monthly Operating Report for the month of _____ is due on: _____.

7. U.S. Trustee appointed creditors' committee?    ☒ Yes    ☐ No

8. Additional reports or documents requested by U.S. Trustee: _____
   _____
   _____

9. Reason for filing petition under chapter 11: _____
   _____
   _____

10. Plan proposal: _____
    _____

11. If creditors present, see attached creditor sign-in sheet.

                                                Sara L. Kistler
                                                Acting United States Trustee

DATED: October 8, 2009                          /s/ William B. Cossitt
                                                By: William B. Cossitt, Attorney