| | |
|---|---|
| Paul S. Aronzon (CA State Bar No. 88781) | Bruce T. Beesley (NV SBN 1164) |
| Thomas R. Kreller (CA State Bar No. 161922) | Laury Macauley (NV SBN 11413) |
| MILBANK, TWEED, HADLEY & McCLOY LLP | LEWIS and ROCA LLP |
| 601 South Figueroa Street, 30th Floor | 50 West Liberty Street, Suite 410 |
| Los Angeles, California 90017 | Reno, Nevada 89501 |
| Telephone: (213) 892-4000 | Telephone: (775) 823-2900 |
| Facsimile: (213) 629-5063 | Facsimile: (775) 823-2929 |
| | bbeesley@lrlaw.com; lmacauley@lr.law.com |
| Reorganization Counsel for | |
| Debtors and Debtors in Possession | Local Reorganization Counsel for |
| | Debtors and Debtors in Possession |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>STATION CASINOS, INC.<br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC | Chapter 11<br><br>Case No. BK-09-52477<br>Jointly Administered<br>BK 09-52470 through BK 09-52487<br><br><br><br>**NOTICE OF MONTHLY INTERIM FEE AND EXPENSE STATEMENT FOR THE PERIOD SEPTEMBER 1 THROUGH SEPTEMBER 30, 2009 OF MILBANK, TWEED, HADLEY & McCLOY LLP, REORGANIZATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION** |

**PLEASE TAKE NOTICE** that, pursuant to "Order, Pursuant to 11 U.S.C. 327(a), Fed. R. Bankr. P. 2014(a), 2016(b) and 5002, and Local Rule 2014 Authorizing Employment and Retention of Milbank, Tweed, Hadley & McCloy LLP as Counsel for the Debtors, entered on September 18, 2009 [Docket No. 329] (the "Milbank Retention Order"), the "Final Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,"

#4816-2157-1076    -1-

entered on August 7, 2009 [Docket No. 60] (the "Interim Compensation Order"), and 11 U.S.C. §§ 105(a) and 331, Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), counsel to the debtors and debtors in possession ("the Debtors"), hereby files this Notice of Monthly Interim Fee Application for the Period September 1 through September 30, 2009 (the "Second Interim Monthly Fee and Expense Statement Notice") seeking interim payment of fees and expenses incurred by Milbank as counsel to the Debtors during the period September 1 up to and through September 30, 2009 (the "Second Interim Monthly Fee and Expense Period");

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Second Interim Monthly Fee and Expense Statement together with a chart containing a detailed overview of fees and expenses has been served on the Notice Parties (as defined in the Interim Compensation Order);

**PLEASE TAKE FURTHER NOTICE** that pursuant to, and in accordance with, the Milbank Retention Order and the Interim Compensation Order, Milbank seeks interim payment of 80% of the fees and 100% of the expenses incurred during the Second Interim Monthly Fee and Expense Period, as follows:

| | |
|---|---|
| Total Fees: | $ 1,123,763.50 |
| 80% of Fees: | $ 899,010.80 |
| Total Expenses: | $ 43,176.14 |
| Total Fees and Expenses Requested on an Interim Basis: | **$ 942,186.94** |
| 20% HOLDBACK: | $ 224,752.70 |

**PLEASE TAKE FURTHER NOTICE** that the filing of the Second Interim Monthly Fee and Expense Statement and the delivery of same to the Notice Parties is not intended to be, and should not be construed as, an express or implied waiver by Milbank of any of its procedural and/or substantive rights and remedies under the Milbank Retention Order, the Interim Compensation Order, the applicable Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada (the "Local Rules" or "LR" (as appropriate)), made applicable to cases pending before the United States Bankruptcy Court for the District of Nevada pursuant to LR 1001(a), and the Region 17 United States Trustee Guidelines (the "Guidelines") to amend,

modify, revise, supplement or otherwise make changes to the Second Interim Monthly Fee and Expense Statement at any time prior to the time when Milbank seeks allowance and payment of the fees and reimbursement of the expenses set forth herein either on an interim or final basis. To the contrary, all such rights and remedies are expressly reserved.

DATED: October 20, 2009    Respectfully submitted,

By /s/ Paul S. Aronzon
Paul S. Aronzon, CA State Bar #88781
Thomas R. Kreller, CA State Bar #161922
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Reorganization Counsel for
Debtors and Debtors in Possession

Bruce T. Beesley, #1164
Laury Macauley, #11413
LEWIS AND ROCA LLP
50 W. Liberty Street, Ste. 410
Reno, NV 89501
Local Reorganization Counsel
For Debtors and Debtors in Possession