# Exhibit 1

**Exhibit 1**

# Exhibit 1

**Summary of First Interim Fee Period Monthly Statements – Debtor Ensemble**

| Statement Period | Total Fees Incurred | Total Expenses Incurred | Total Payments Received[1] | Total Outstanding |
|---|---|---|---|---|
| 7/28 through 8/31/2009 | $895,232.75 | $50,430.94 | $766,617.14 | $179,046.55 |
| 9/1 through 9/30/2009 | $1,072,847.50 | $42,009.30 | $900,148.13 | $214,708.67 |
| 10/1 through 10/31/2009 | $801,476.00 | $38,415.79 | $679,596.59 | $160,295.20 |
| 11/1 through 11/30/2009 | $1,007,286.00 | $40,784.10 | $0 | $1,048,070.10 |
| **First Interim Period Totals:** | $3,776,842.25 | $171,640.13 | $2,346,361.86 | $1,601,120.52 |

**Summary of First Interim Fee Period Monthly Statements – FCP PropCo, LLC**

| Statement Period | Total Fees Incurred | Total Expenses Incurred | Total Payments Received[1] | Total Outstanding |
|---|---|---|---|---|
| 7/28 through 8/31/2009 | $112,165.00 | $646.80 | $0 | $112,811.20 |
| 9/1 through 9/30/2009 | $50,916.00 | $1,166.81 | $0 | $52,082.81 |
| 10/1 through 10/31/2009 | $54,031.50 | $521.90 | $0 | $54,553.40 |
| 11/1 through 11/30/2009 | $23,623.50 | $272.70 | $0 | $23,896.20 |
| **First Interim Period Totals:** | $240,736.00 | $2,608.21 | $0 | $243,344.21 |

---

[1] At the time of this filing, the Debtor Ensemble November Monthly Statement all of the PropCo First Interim Fee Period Monthly Statements remain outstanding. Milbank will amend the total amount due prior to the hearing on this First Interim Application to reflect any subsequent payment received on those Monthly Statements.

#4829-0060-9285

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 1 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

**Exhibit 2**

**Exhibit 2**

# Exhibit 2

## Summary of Professionals

| Timekeeper | Position | Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paul S. Aronzon | Partner | 1979 | $995.00 | 717.10 | $713,514.50 |
| Kenneth J. Baronsky | Partner | 1988 | $995.00 | 394.30 | $392,328.50 |
| Richard M. Gray | Partner | 1982 | $950.00 | 3.50 | $3,325.00 |
| P. Peter Benudiz | Partner | 1987 | $925.00 | 6.10 | $5,642.50 |
| Thomas R. Kreller | Partner | 1992 | $900.00 | 337.80 | $304,020.00 |
| David A. Lamb | Partner | 1979 | $900.00 | 32.50 | $29,250.00 |
| Deborah J. Ruosch | Partner | 1991 | $900.00 | 68.00 | $61,200.00 |
| Paul J. Wessel | Partner | 1988 | $900.00 | 7.00 | $6,300.00 |
| Gregory Evans | Partner | 1990 | $875.00 | 146.45 | $128,143.75 |
| Wilbur F. Foster Jr. | Partner | 1982 | $875.00 | 0.80 | $700.00 |
| Simon Friedman | Partner | 1998 | $825.00 | 89.50 | $73,837.50 |
| Joel I. Krasnow | Partner | 1990 | $800.00 | 2.00 | $1,600.00 |
| Russell J. Kestenbaum | Partner | 1999 | $775.00 | 18.90 | $14,647.50 |
| Daniel Perry | Partner | 2000 | $775.00 | 8.90 | $6,897.50 |
| Jane L. Hanson | Of Counsel | 1984 | $845.00 | 1.00 | $845.00 |
| David E. Isenberg | Of Counsel | 1986 | $745.00 | 553.10 | $412,059.50 |
| Christopher J. Gaspar | Associate | 1998 | $685.00 | 6.10 | $4,178.50 |
| Fred Neufeld | Associate | 1990 | $685.00 | 253.15 | $173,407.75 |
| Robert C. Shenfeld | Associate | 1987 | $685.00 | 331.40 | $227,009.00 |
| David B. Zolkin | Associate | 1991 | $685.00 | 4.50 | $3,082.50 |
| Wansun Song | Associate | 1999 | $675.00 | 4.00 | $2,700.00 |
| David Levine | Associate | 2002 | $650.00 | 65.70 | $42,705.00 |
| Haig M. Maghakian | Associate | 2002 | $650.00 | 0.30 | $195.00 |
| Adam R. Moses | Associate | 2002 | $650.00 | 315.40 | $205,010.00 |
| Anders Moberg | Associate | 2005 | $625.00 | 0.90 | $562.50 |
| Samir Parikh | Associate | 2003 | $625.00 | 206.60 | $129,125.00 |
| Kevin Brown | Associate | 2003 | $600.00 | 7.60 | $4,560.00 |
| Alisa Schlesinger | Associate | 2003 | $600.00 | 140.70 | $84,420.00 |
| Adam Bloom | Associate | 2005 | $575.00 | 31.60 | $18,170.00 |
| Joseph M. Teltser | Associate | 2005 | $575.00 | 5.40 | $3,105.00 |
| Gabriel M. Weaver | Associate | 2006 | $575.00 | 470.20 | $270,365.00 |
| Christa Chan-Pak | Associate | 2006 | $550.00 | 13.50 | $7,425.00 |

#4845-4471-0917

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 2 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

| Timekeeper | Position | Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Melissa A. Clark | Associate | 2006 | $550.00 | 1.50 | $825.00 |
| Aluyah I. Imoisili | Associate | 2006 | $550.00 | 1.10 | $605.00 |
| Grace Lim | Associate | 2006 | $550.00 | 5.60 | $3,080.00 |
| Jennifer Miremadi | Associate | 2006 | $550.00 | 1.70 | $935.00 |
| William P. Gross | Associate | 2007 | $515.00 | 25.70 | $13,235.50 |
| Bria La Salle Mertens | Associate | 2007 | $515.00 | 601.65 | $309,849.75 |
| Nicole Leyton | Associate | 2008 | $515.00 | 9.00 | $4,635.00 |
| Karen Ma | Associate | 2008 | $515.00 | 77.00 | $39,655.00 |
| Samir Vora | Associate | 2007 | $515.00 | 28.20 | $14,523.00 |
| Michael A. Applebaum | Associate | 2009 | $440.00 | 2.45 | $1,078.00 |
| Adam Bagley | Associate | 2008 | $440.00 | 98.60 | $43,384.00 |
| Jason R. Cole | Associate | 2008 | $440.00 | 88.60 | $38,984.00 |
| Patten Courtnell | Associate | 2008 | $440.00 | 27.10 | $11,924.00 |
| Revi-Ruth Enriquez | Associate | 2008 | $440.00 | 7.30 | $3,212.00 |
| Caitlin K. Hawks | Associate | 2008 | $440.00 | 19.00 | $8,360.00 |
| Christopher Hower | Associate | 2009 | $440.00 | 3.00 | $1,320.00 |
| Jan Nishizawa | Associate | 2008 | $440.00 | 63.60 | $27,984.00 |
| Tanja L. Olano | Associate | 2008 | $440.00 | 20.20 | $8,888.00 |
| Iane Saenam | Associate | 2008 | $440.00 | 11.10 | $4,884.00 |
| Monica Alston | Case Manager | NA | $245.00 | 3.50 | $857.50 |
| Kathleen R. Heinsberg | Case Manager | NA | $245.00 | 337.80 | $82,761.00 |
| Richard Cosentino | Legal Asst | NA | $270.00 | 6.50 | $1,755.00 |
| Randy Hooks | Legal Asst | NA | $270.00 | 5.50 | $1,485.00 |
| Kim Strosser | Legal Asst | NA | $270.00 | 10.40 | $2,808.00 |
| Cathy J. Teevan | Legal Asst | NA | $270.00 | 8.40 | $2,268.00 |
| Charles John Sheehan | Legal Asst | NA | $260.00 | 18.00 | $4,680.00 |
| Mary A. Hood | Legal Asst | NA | $210.00 | 9.55 | $2,005.50 |
| Paul M. Butters | Legal Asst | NA | $185.00 | 22.00 | $4,070.00 |
| Grace Green | Legal Asst | NA | $185.00 | 6.00 | $1,110.00 |
| Ricky R. Windom | Legal Asst | NA | $185.00 | 21.90 | $4,051.50 |
| Benjamin Harris | Legal Asst | NA | $170.00 | 2.95 | $501.50 |
| Paula M. Prudenti | Admin | NA | $215.00 | 0.10 | $21.50 |
| Bryan D. Loper | Admin | NA | $295.00 | 25.30 | $7,463.50 |
| Rhodely Vallon | Admin | NA | $260.00 | 3.00 | $780.00 |
| Theartis Everett | Admin | NA | $240.00 | 3.30 | $792.00 |
| Paul Greengross | Library | NA | $195.00 | 0.60 | $117.00 |
| | | | Totals | 5821.20 | $3,985,219.75 |

#4845-4471-0917

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 2 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

**Exhibit 3**

**Exhibit 3**

# Exhibit 3
## Summary of Total Fees by Category – Debtor Ensemble

| Matter Code | Description | Amount | Hours | Blended Rate |
|---|---|---|---|---|
| 40018-00200 | Asset Disposition | $3,562.00 | 5.20 | $685.00 |
| 40018-00300 | Business Analysis and Operations | $273,273.00 | 450.90 | $606.06 |
| 40018-00400 | Case Administration | $506,121.50 | 944.30 | $535.98 |
| 40018-00500 | Claims Administration | $9,287.00 | 14.20 | $654.01 |
| 40018-00600 | Employee Benefits/Pensions | $72,150.00 | 108.55 | $664.67 |
| 40018-00700 | Fee/Employment Applications | $135,873.00 | 234.65 | $579.05 |
| 40018-00800 | Fee/Employment Objections | $22,772.00 | 34.40 | $661.98 |
| 40018-00900 | Financing | $485,724.00 | 654.60 | $742.02 |
| 40018-01000 | Litigation | $124,687.00 | 213.60 | $583.74 |
| 40018-01100 | Meetings of Creditors (and Committee Related Issues) | $16,846.00 | 19.30 | $872.85 |
| 40018-01200 | Plan and Disclosure Statement | $301,651.00 | 332.10 | $908.31 |
| 40018-01400 | Tax Issues | $138,319.50 | 173.60 | $796.77 |
| 40018-01500 | Valuation | $6,662.00 | 8.40 | $793.10 |
| 40018-01600 | Non-Working Travel | $28,821.25 | 35.35 | $815.31 |
| 40018-01700 | Automatic Stay Enforcement and Litigation | $45,046.50 | 74.10 | $607.91 |
| 40018-01800 | Exclusivity Issues | $228,300.50 | 355.70 | $641.83 |
| 40018-01900 | Real Property Issues | $54,697.00 | 70.30 | $778.05 |

#4816-4238-3621

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 3 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

| Matter Code | Description | Amount | Hours | Blended Rate |
|---|---|---|---|---|
| 40018-02600 | Debtor In Possession Meetings and Communications | $16,261.50 | 21.70 | $749.38 |
| 40018-02700 | Corporate Matters | $235,874.50 | 296.95 | $794.32 |
| 40018-02800 | Executory Contracts or Leases | $393,868.50 | 572.30 | $688.22 |
| 40018-02900 | File and Docket Maintenance and Calendar Review | $9,115.50 | 17.70 | $515.00 |
| 40018-03000 | Court Hearings | $177,904.50 | 199.00 | $893.99 |
| 40018-03200 | Intellectual Property | $6,954.50 | $12.50 | $556.36 |
| 40018-03300 | Contesting Appointment of an Examiner | $434,521.50 | 650.40 | $668.08 |
| | Totals | $3,728,293.75 | 5499.80 | $677.90[1] |

---

[1] This figure represents the blended rate for all professionals; the blended rate for attorneys is $719.99.

#4816-4238-3621

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 3 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

**Exhibit 4**

**Exhibit 4**

# Exhibit 4
## Summary of Total Fees By Category – FCP PropCo, LLC

| Matter Code | Description | Amount | Hours | Blended Rate |
|---|---|---|---|---|
| 40278-00400 | Case Administration | $8,262.50 | 10.00 | $826.25 |
| 40278-00500 | Claims Administration | $7,214.00 | 10.40 | $693.65 |
| 40278-00900 | Financing | $168,767.50 | 221.30 | $762.62 |
| 40278-01400 | Tax Issues | $2,970.00 | 3.30 | $900.00 |
| 40278-01600 | Non-Working Travel | $1,490.00 | 2.00 | $745.00 |
| 40278-01900 | Real Property Issues | $3,135.00 | 3.90 | $803.85 |
| 40278-02700 | Corporate Matters | $49,295.50 | 51.20 | $962.80 |
| 40278-02800 | Executory Contracts or Leases | $2,548.00 | 3.50 | $728.00 |
| 40278-03000 | Court Hearings | $13,243.50 | 15.80 | $838.20 |
| | Totals | $256,926.00 | 321.40 | $799.40[1] |

---

[1] This figure represents the blended rate for attorneys; no paraprofessional time was billed to the PropCo categories.

#4843-6022-7077

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 4 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

**Exhibit 5**

**Exhibit 5**

# Exhibit 5
## Summary of Expenses – Debtor Ensemble

| Code | Description | Amount |
|------|-------------|--------|
| 0606 | Airfreight | $1,866.19 |
| 0703 | Binding – In-House | $2.50 |
| 0704 | Binding – Outside | $64.50 |
| 0301 | Cab Fares/Local Transportation | $1,651.78 |
| 0706 | Color Copies | $1,815.00 |
| 3701 | Court Search | $1,687.74 |
| 3501 | Various Filing Fees | $19,127.90 |
| 3422 | Research – HeinOnline | $25.00 |
| 3403 | Research – Lexis | $26,269.25 |
| 0601 | Mail | $2,090.00 |
| 1101 | Meals, Overtime | $1,557.31 |
| 1001 | Meal & Entertainment | $2,729.13 |
| 0604 | Outside Messenger | $458.05 |
| 0702 | Outside Reproduction | $1,436.71 |
| 0701 | Photocopies | $16,149.80 |
| 0709 | Printing | $4,094.25 |
| 3702 | Searches - LivEdgar | $85.54 |
| 0502 | Telecopy | $1,030.00 |
| 0401 | Telephone | $2,952.16 |
| 0201 | Travel | $32,112.06 |
| 3404 | Research - Westlaw | $36,940.80 |
|      | **Total** | **$154,145.67** |

#4810-8866-9957

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 5 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP

**Exhibit 6**

**Exhibit 6**

# Exhibit 6
**Summary of Expenses – FCP PropCo, LLC**

| Code | Description | Amount |
|---|---|---|
| 0201 | Travel | $1,058.23 |
| 0401 | Telephone | $7.52 |
| 0402 | Telephone - Teleconferencing Services | $3.07 |
| 0606 | Airfreight | $7.64 |
| 0701 | Photocopies | $401.80 |
| 0704 | Binding - Outside | $4.50 |
| 0706 | Color Copies | $607.50 |
| 0709 | Printing | $1.95 |
| | **Total** | **$2,092.21** |

#4810-8866-9957

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 6 TO FIRST INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADELY & MCCLOY LLP