Electronically Filed on April 30, 2010

| | |
|---|---|
| BRAD ERIC SCHELER (SBN BS-0397) | BRETT A. AXELROD (SBN 5859) |
| BONNIE STEINGART (SBN BS-8004) | ANNE M. LORADITCH (SBN 8164) |
| **FRIED, FRANK, HARRIS,** | **FOX ROTHSCHILD LLP** |
| **SHRIVER & JACOBSON LLP** | 3800 Howard Hughes Parkway |
| One New York Plaza | Suite 500 |
| New York, NY 10004 | Las Vegas, Nevada 89169 |
| Telephone: (212) 859-8000 | Telephone: (702) 262-6899 |
| Facsimile: (212) 859-4000 | Facsimile: (702) 597-5503 |
| Email: bonnie.steingart@friedfrank.com | Email: baxelrod@foxrothschild.com |
| brad.eric.scheler@friedfrank.com | aloraditch@foxrothschild.com |
| *Counsel for the Official Committee* | *Nevada Counsel for the Official Committee* |
| *of Unsecured Creditors* | *of Unsecured Creditors* |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 11 |
| STATION CASINOS, INC. | Case Nos. BK-N-09-52470-GWZ through BK-N-09-52487-GWZ |
| ☒ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC | Jointly Administered Under BK-N-09-52477-GWZ<br><br>**SUBSTITUTION OF ATTORNEYS AND NOTICE OF CHANGE OF ADDRESS**<br>(Nevada Counsel Only)<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A<br>Place:           N/A |

The Official Committee of Unsecured Creditors hereby substitutes the law firm of FOX ROTHSCHILD LLP as its Nevada attorneys in the above-entitled action(s) in the place and stead of the law firm of GREENBERG TRAURIG, LLP.

1

VG1 37038v1 04/30/10

Please take notice that all future notices and communications for the Official Committee of Unsecured Creditors should be addressed to Brett A. Axelrod, Esquire and Anne M. Loraditch, Esquire, Fox Rothschild LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169; Telephone (702) 262-6899; Facsimile (702) 597-5503: E-mail: baxelrod@foxrothschild.com; and aloraditch@foxrothschild.com.

DATED this 30th day of April, 2010.

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

By: *s/ Nate Van Duzer*
Its: Chairperson

The law firm of GREENBERG TRAURIG, LLP, attorneys of record (Nevada counsel only) for the Official Committee of Unsecured Creditors, does hereby consent to the substitution of the law firm of FOX ROTHSCHILD LLP as attorneys (Nevada counsel only) for the Official Committee of Unsecured Creditors in the above-entitled action(s) in its place and stead.

DATED this 30th day of April 2010.

**GREENBERG TRAURIG, LLP**

By: *s/ Michael J. Bonner*
Michael J. Bonner, Esq.
Nevada Bar No. 0157
Bob L. Olson, Esq.
Nevada Bar No. 3783
3773 Howard Hughes Parkway, Suite 500N
Las Vegas, NV 89169

The law firm of FOX ROTHSCHILD LLP, hereby agrees to be substituted in the place and stead (as Nevada counsel only) of GREENBERG TRAURIG, LLP as attorneys for the Official Committee of Unsecured Creditors in the above-entitled action(s).

DATED this 30th day of April 2010.

**FOX ROTHSCHILD LLP**

By: *s/ Brett A. Axelrod*
Brett A. Axelrod, Esq.
Nevada Bar No. 5859
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

VG1 37038v1 04/30/10

**CERTIFICATE OF SERVICE**

I hereby certify that I am a Paralegal employed by FOX ROTHSCHILD LLP, and that on the 30th day of April, 2010, I caused to be served a true and correct copy of the SUBSTITUTION OF ATTORNEYS AND NOTICE OF CHANGE OF ADDRESS (for the Official Committee of Unsecured Creditors) by ELECTRONIC SERVICE under Administrative Order 02-1 (rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada. The above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*s/ Patricia M. Kois*
PATRICIA M. KOIS, Paralegal

VG1 37038v1 04/30/10

3