1  Paul S. Aronzon (CA State Bar No. 88781)       Candace C. Carlyon (NV SBN 2666)
   Thomas R. Kreller (CA State Bar No. 161922)    Tracy M. O'Steen (NV SBN 10949)
2  MILBANK, TWEED, HADLEY & McCLOY LLP            SHEA & CARLYON, LTD.
   601 South Figueroa Street, 30th Floor          701 East Bridger Avenue, Suite 850
3  Los Angeles, California 90017                  Las Vegas, Nevada 89101
   Telephone:    (213) 892-4000                   Telephone: (702) 471-7432
4  Facsimile:    (213) 629-5063                   Facsimile:  (702) 471-7435

5  Reorganization Counsel for                     Local Reorganization Counsel for GV Ranch
   Debtors and Debtors in Possession              Station, Inc., Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☐ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC<br>☒ Affects GV Ranch Station, Inc. | Chapter 11<br><br>Case No. BK-09-52477<br><br>Jointly Administered<br><br>BK 09-52470 through BK 09-52487 and BK 10-50381<br><br>**MOTION FOR ORDER (A) APPROVING STIPULATION TO EXTEND TIME TO FILE PROOF OF CLAIM TO SEPTEMBER 20, 2010, AND (B) GENERALLY EXTENDING DEADLINE TO FILE PROOFS OF CLAIM AGAINST DEBTOR GV RANCH STATION, INC. TO SEPTEMBER 20, 2010**<br><br>Hearing Date:    TBD<br>Hearing Time:    TBD<br>Place:    300 Booth Street<br>    Reno, NV 89509 |

**TO THE HONORABLE GREGG ZIVE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST**:

Debtor and debtor-in-possession GV Ranch Station, Inc. ("GVRS") hereby submits this motion for an order (a) approving a stipulation to grant more time for a creditor to file a proof of

#4845-3959-8086

claim, and (b) extending the claims bar date for all creditors for 90 days, from the current June 21, 2010 deadline to September 20, 2010 (the "Motion"), based on the following:

1. On February 10, 2010, GVRS commenced its chapter 11 case. By order entered on June 9, 2010, the GVRS chapter 11 case is now jointly administered with the case of *In re Station Casino, Inc., et al.*, Case No. 09-52477.

2. On February 10, 2010, the Clerk of the Bankruptcy Court filed, and the Bankruptcy Noticing Center served on creditors of GVRS, the Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, Deadlines, and Administrative and Notice Orders (Docket No. 7, the "341 Meeting Notice"), a copy of which is attached hereto as Exhibit 1.

3. The 341 Meeting Notice gave notice to creditors of GVRS that: (i) the initial meeting of creditors was scheduled for March 22, 2010; and (ii) the deadline for all creditors (except a governmental unit) to file a proof of claim would be 90 days after the date first set for the meeting of creditors, and for governmental units the deadline would be 180 days after the date of the order for relief. Based upon the 341 Meeting Notice, the current bar date for filing proofs of claim by non-governmental creditors is June 21, 2010, and for governmental creditors it is August 9, 2010. The docket entry for the 341 Meeting Notice, Docket No. 7, states: "Last day to file Proof of Claims 06/21/2010."

4. As indicated in the GVRS schedules and statement of financial affairs (Docket No. 39), GVRS's creditors include co-debtor Station Casinos, Inc. ("SCI"), SCI affiliate Vista Holdings, LLC, Green Valley Ranch Gaming, LLC ("Green Valley"), and certain of the secured creditors of Green Valley and SCI. Debtor GVRS is the 50% owner of Green Valley.

5. Green Valley has requested additional time to conduct the appropriate due diligence to determine whether it holds a claim against GVRS. Debtor GVRS believes it is in the best interests of all concerned to grant such request, and to generally extend the bar date for all creditors of GVRS. Accordingly, (a) Debtor GVRS and Green Valley have entered into a stipulation, which has been lodged with the Court (and a copy of which is attached hereto as Exhibit 2, the "Stipulated Order"), granting the extension of time requested by Green Valley, and

#4845-3959-8086                                    -2-

1  (b) by this Motion, Debtor GVRS seeks to extend the deadline for all creditors. An order generally extending the claims bar date is attached hereto as Exhibit 3.

6. Counsel for GVRS has contacted the UST and they have consented to an extension of the bar date.

7. Federal Rule of Bankruptcy Procedure 3003(c)(3) provides that the Court "shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed." Accordingly, the Court has authority to both enter the Stipulated Order and generally extend the claims bar date.

8. Debtor GVRS believes that no creditors will be prejudiced by this request and, rather, it is in the best interests of all concerned.

9. Accordingly, GVRS respectfully requests that: (a) the Court enter the Stipulated Order (Exhibit 2 attached hereto) prior to the current claims bar date of June 21, 2010; and (b) enter the order that is attached hereto as Exhibit 3 after notice and a hearing, extending the time within which all creditors of GVRS must file proofs of claim to September 20, 2010.

Dated: June 12, 2010     Respectfully submitted,

By:  /s/ *Tracy M. O'Steen, Esq.*
Paul S. Aronzon, CA State Bar #88781
Thomas R. Kreller, CA State Bar #161922
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Reorganization Counsel for
Debtors and Debtors in Possession

and

Candace C. Carlyon (NV SBN 2666)
Tracy O'Steen (NV SBN 10949)
SHEA & CARLYON
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Local Reorganization Counsel for
GV Ranch Station, Inc., Debtor and Debtor in Possession

# EXHIBIT "1"

# EXHIBIT "1"

**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/08)     Case Number **10−50381−gwz**

| UNITED STATES BANKRUPTCY COURT District of Nevada |
|---|

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/10/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
GV RANCH STATION, INC.
1505 South Pavilion Center Dr
Las Vegas, NV 89135

| Case Number:<br>10−50381−gwz<br>Judge: GREGG W ZIVE | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>88−0457686 |
|---|---|

Attorney for Debtor(s) (name and address):
BRUCE THOMAS BEESLEY
LEWIS AND ROCA LLP
50 WEST LIBERTY STREET, STE. 410
RENO, NV 89501
Telephone number: (775) 823−2900

## Meeting of Creditors
Date: **March 22, 2010**          Time: **03:00 PM**
Location: **300 Booth Street, Room 2110, Reno, NV 89509**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**     For a governmental unit: **180 days after order for relief entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 2/10/10 |

## EXPLANATIONS  B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# EXHIBIT "2"

# EXHIBIT "2"

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile:  (702) 471-7435

Local Reorganization Counsel for GV Ranch
Station, Inc., Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| STATION CASINOS, INC. | Case No. BK-09-52477 |
| ☐ Affects this Debtor | Jointly Administered |
| ☐ Affects all Debtors | BK 09-52470 through BK 09-52487 and BK 10-50381 |
| ☐ Affects Northern NV Acquisitions, LLC | |
| ☐ Affects Reno Land Holdings, LLC | |
| ☐ Affects River Central, LLC | |
| ☐ Affects Tropicana Station, LLC | **STIPULATED ORDER EXTENDING TIME FOR GREEN VALLEY RANCH GAMING, LLC TO FILE PROOF OF CLAIM IN CASE OF DEBTOR GV RANCH STATION, INC. TO SEPTEMBER 20, 2010** |
| ☐ Affects FCP Holding, Inc. | |
| ☐ Affects FCP Voteco, LLC | |
| ☐ Affects Fertitta Partners LLC | |
| ☐ Affects FCP MezzCo Parent, LLC | |
| ☐ Affects FCP MezzCo Parent Sub, LLC | |
| ☐ Affects FCP MezzCo Borrower VII, LLC | |
| ☐ Affects FCP MezzCo Borrower VI, LLC | |
| ☐ Affects FCP MezzCo Borrower V, LLC | |
| ☐ Affects FCP MezzCo Borrower IV, LLC | |
| ☐ Affects FCP MezzCo Borrower III, LLC | |
| ☐ Affects FCP MezzCo Borrower II, LLC | |
| ☐ Affects FCP MezzCo Borrower I, LLC | |
| ☐ Affects FCP PropCo, LLC | |
| ☒ Affects GV Ranch Station, Inc. | |

#4847-0638-7462

Debtor and debtor-in-possession GV Ranch Station, Inc. ("GVRS") and Green Valley Ranch Gaming, LLC ("Green Valley"), hereby enter into this stipulated order, by and through their counsel, extending until September 20, 2010, the time for Green Valley to file a proof of claim in the chapter 11 case of GVRS, based on the following:

A. On February 10, 2010, GVRS commenced its chapter 11 case. By order entered on June 9, 2010, the GVRS chapter 11 case is now jointly administered with the case of *In re Station Casino, Inc., et al.*, Case No. 09-52477.

B. On February 10, 2010, the Clerk of the Bankruptcy Court filed, and the Bankruptcy Noticing Center served on creditors of GVRS, the Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, Deadlines, and Administrative and Notice Orders (Docket No. 7, the "341 Meeting Notice"), a copy of which is attached hereto as Exhibit A.

C. The 341 Meeting Notice gave notice to creditors of GVRS that: (i) the initial meeting of creditors was scheduled for March 22, 2010; and (ii) the deadline for all creditors (except a governmental unit) to file a proof of claim would be 90 days after the date first set for the meeting of creditors, and for governmental units the deadline would be 180 days after the date of the order for relief. Based upon the 341 Meeting Notice, the current bar date for filing proofs of claim by non-governmental creditors is June 21, 2010, and for governmental creditors it is August 9, 2010. The docket entry for the 341 Meeting Notice, Docket No. 7, states: "Last day to file Proof of Claims 06/21/2010."

D. As indicated in the GVRS schedules and statement of financial affairs (Docket No. 39), GVRS's creditors include co-debtor Station Casinos, Inc. ("SCI"), SCI affiliate Vista Holdings, LLC, Green Valley, and certain of the secured creditors of Green Valley and SCI. Debtor GVRS is the 50% owner of Green Valley.

E. Green Valley has requested additional time to conduct the appropriate due diligence to determine whether it holds a claim against GVRS. Debtor GVRS believes it is in the best interests of all concerned to grant such request, and has separately filed a motion to extend the bar date for all creditors of GVRS.

#4847-0638-7462                               -2-

F. Debtor GVRS and Green Valley enter into this stipulated order and request that the Court enter this order prior to the current June 21, 2010 bar date so that Green Valley is not forced to unnecessarily file a proof claim without having had an opportunity to conduct appropriate due diligence.

G. Counsel for GVRS has contacted the UST and they have consented to the extension of the bar date requested herein.

1. Accordingly, the bar date for Green Valley to file a proof of claim shall be September 20, 2010, and may be further extended as appropriate upon further stipulation approved by the Court.

Submitted by:

/s/ *Tracy M. O'Steen, Esq.*
Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON, LTD.
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Local Reorganization Counsel
for GV Ranch Station, Inc., Debtor and Debtor in Possession

David A. Agay
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Counsel for Green Valley Ranch Gaming, LLC

#4847-0638-7462                                                         -3-

APPROVED:
OFFICE OF THE UNITED STATES
TRUSTEE

By _*/s/ William B. Cossitt*_

**WILLIAM B. COSSITT**
Trial Attorney for Acting United States
Trustee Sara L. Kistler

# # #

#4847-0638-7462                                -4-

# EXHIBIT "A"

# EXHIBIT "A"

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/08) | Case Number **10−50381−gwz** |
|---|---|
| UNITED STATES BANKRUPTCY COURT District of Nevada | |

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/10/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
GV RANCH STATION, INC.
1505 South Pavilion Center Dr
Las Vegas, NV 89135

| Case Number:<br>10−50381−gwz<br>Judge: GREGG W ZIVE | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>88−0457686 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>BRUCE THOMAS BEESLEY<br>LEWIS AND ROCA LLP<br>50 WEST LIBERTY STREET, STE. 410<br>RENO, NV 89501<br>Telephone number: (775) 823−2900 | |

### Meeting of Creditors
Date: **March 22, 2010**                    Time: **03:00 PM**
Location: **300 Booth Street, Room 2110, Reno, NV 89509**

### Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**       For a governmental unit: **180 days after order for relief entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Booth Street<br>Reno, NV 89509<br>Telephone number: (775)784−5559 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 2/10/10 |

## EXPLANATIONS          B9F (Official Form 9F) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# EXHIBIT "3"

# EXHIBIT "3"

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile:  (702) 471-7435

Local Reorganization Counsel for GV Ranch
Station, Inc., Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☐ Affects this Debtor<br>☐ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC<br>☒ Affects GV Ranch Station, Inc. | Chapter 11<br><br>Case No. BK-09-52477<br><br>Jointly Administered<br><br>BK 09-52470 through BK 09-52487 and BK 10-50381<br><br>**ORDER EXTENDING DEADLINE TO FILE PROOFS OF CLAIM AGAINST DEBTOR GV RANCH STATION, INC. TO SEPTEMBER 20, 2010** |

#4815-0377-4214

Upon the motion of debtor and debtor-in-possession GV Ranch Station, Inc. ("GVRS") for an order extending the current June 21, 2010 deadline for filing proofs of claim to September 20, 2010 (the "Motion"), and it appearing that no party in interest objected to the granting of the Motion, and that good cause exists to grant the Motion, and the Motion having been timely and properly served, IT IS HEREBY ORDERED THAT:

1. The Motion is granted, and the deadline for all creditors to file proofs of claim against GVRS is extended to September 20, 2010.

2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

SUBMITTED BY:

/s/ *Tracy M. O'Steen, Esq.*_____
Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON, LTD.
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile:  (702) 471-7435

Local Reorganization Counsel
for GV Ranch Station, Inc., Debtor and Debtor in Possession


APPROVED:
OFFICE OF THE UNITED STATES
TRUSTEE

By:_____
     Bill Cossitt

### #

#4815-0377-4214                                             -2-

1  Upon the motion of debtor and debtor-in-possession GV Ranch Station, Inc. ("GVRS") for an order extending the current June 21, 2010 deadline for filing proofs of claim to September 30, 2010 (the "Motion"), and it appearing that no party in interest objected to the granting of the Motion, and that good cause exists to grant the Motion, and the Motion having been timely and properly served, IT IS HEREBY ORDERED THAT:

  1. The Motion is granted, and the deadline for all creditors to file proofs of claim against GVRS is extended to September 30, 2010.

  2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

SUBMITTED BY:

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy O'Steen (NV SBN 10949)
SHEA & CARLYON
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Local Reorganization Counsel
For Debtor and Debtor in Possession


APPROVED:
OFFICE OF THE UNITED STATES
TRUSTEE

By _William B. Cossitt_ (signature)
 **WILLIAM B. COSSITT**
  Trial Attorney for Acting United States
  Trustee Sara L. Kistler

# # #

#4815-0377-4214     -2-