E-filed  July 14, 2010

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:     (213) 892-4000
Facsimile:     (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Bruce T. Beesley (NV SBN 1164)
Laury M. Macauley (NV SBN 11413)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:     (775) 823-2900
Facsimile:     (775) 823-2929
bbeesley@lrlaw.com; lmacauley@lrlaw.com

Local Reorganization Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

STATION CASINOS, INC.,

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Reno Land Holdings, LLC
☐ Affects Northern NV Acquisitions, LLC
☐ Affects River Central, LLC
☐ Affects Tropicana Station, LLC
☐ Affects FCP Holding, Inc.
☐ Affects FCP Voteco, LLC
☐ Affects Fertitta Partners LLC
☐ Affects Station Casinos, Inc.
☐ Affects FCP MezzCo Parent, LLC
☐ Affects FCP MezzCo Parent Sub, LLC
☐ Affects FCP MezzCo Borrower VII, LLC
☐ Affects FCP MezzCo Borrower VI, LLC
☐ Affects FCP MezzCo Borrower V, LLC
☐ Affects FCP MezzCo Borrower IV, LLC
☐ Affects FCP MezzCo Borrower III, LLC
☐ Affects FCP MezzCo Borrower II, LLC
☐ Affects FCP MezzCo Borrower I, LLC
☐ Affects FCP PropCo, LLC
☐ Affects GV Ranch Station, Inc.

Chapter 11

Case No. BK-09-52477
Jointly Administered
BK-09-52470 through BK-09-52487 and
BK 10-50381

Jointly Administered

**AGENDA OF MATTERS SCHEDULED FOR HEARING**

Hearing Date:   July 15 & 16, 2010
Hearing Time:   10:00 a.m.
Place:          300 Booth Street
                Reno, NV 89509

**Court Matter No. 1**

1.  Notice of Filing and Disclosure Statement

**[Filed 3/24/10 Docket No. 1130]**

2. Motion for Approval of Procedures with Proposed Order filed by Station Casinos, Inc.

   **[Filed 5/13/10 Docket No. 1443]**

3. Notice of Filing Disclosure Statement to Accompany Joint Chapter 11 Plan of Reorganization for Station Casinos and Its Affiliated Debtors

   **[Filed 6/15/10 Docket No. 1630]**

4. Notice of Filing Exhibits to Disclosure Statement to Accompany Joint Chapter 11 Plan of Reorganization

   **[Filed 6/25/10 Docket No. 1695]**

5. Objection of the Independent Lenders to the Debtors' Disclosure Statement

   **[Filed 7/1/10 Docket No. 1710]**

6. Objection of Wilmington Trust Company

   **[Filed 7/1/10 Docket No. 1711]**

7. Stipulation by Station Casinos, Inc., and between the Official Committee of Unsecured Creditors and Law Debenture Trust Company of New York

   **[Filed 7/1/10 Docket No. 1713]**

8. Objection of Official Committee of Unsecured Creditors

   **[Filed 7/8/10 Docket No. 1730]**

9. Declaration of Brett Axelrod on behalf of Official Committee of Unsecured Creditors

   **[Filed 7/8/10 Docket No. 1731]**

10. Ex Parte Motion to Seal with Proposed Order Filed by Official Committee of Unsecured Creditors

    **[Filed 7/8/10 Docket No. 1732]**

11. Exhibit Filed by the Official Committee of Unsecured Creditors

    **[Filed 7/8/10 Docket No 1733]**

12. Reply to Objections of Independent Lenders and Wilmington Trust Company

    **[Filed 7/8/10 Docket No. 1735]**

13. Errata to Docket No. 1731

   **[Filed 7/8/10 Docket No. 1736]**

14. Objection to Disclosure Statement Filed Debenture Trust Company Of New York

   **[Filed 7/8/10 Docket no. 1737]**

15. Amended Reply to Objections of the Independent Lenders and Wilmington Trust Company

   **[Filed 7/8/10 Docket No. 1740]**

16. Joinder of FCP Propco to Debtors' Reply

   **[Filed 7/8/10 Docket No. 1741]**

17. Order Approving Stipulation Extending (A) Deadline For Official Committee of Unsecured Creditors and Indenture Trustee to file Objections to Debtors Motion to Approve Disclosure Statement

   **[Filed 7/9/10 Docket No. 1744]**

18. Reply to Objection filed by Creditor Committee

   **[Filed 7/12/10 Docket No. 1747]**

19. Order Granting Ex Parte Motion To File Under Seal: (1) Objection Of The Official Committee Of The Unsecured Creditors To The Debtors Motion

   **[Filed 7/12/10 Docket No. 1751]**

20. Joinder of FCP Propco, LLC in Debtors' Reply to Creditors Committee Objection

   **[Filed 7/12/10 Docket No. 1752]**

21. Joinder of the Administrative Agent for the Prepetition Lenders in Debtors' Replies to Objections of (Independent Lenders and Wilmington Trust)

   **[Filed 7/12/10 Docket No. 1753]**

22. Amended Joinder of FCP Propco (corrected image)

   **[Filed 7/12/10 Docket No. 1754]**

23. Joinder filed by Bank of Scotland

   **[Filed 7/13/10 Docket No. 1768]**

24. Amended Notice of Filing Exhibits to Disclosure Statement to Accompany Joint Chapter 11 Plan of Reorganization

    **[Filed 7/13/10 Docket No. 1771]**

25. Notice of Submission of Revised, Redlined Version of Joint Chapter 11 Plan of Reorganization

    **[Filed 7/13/10 Docket No. 1772]**

26. Notice of Filing of First Revised Disclosure Statement to Accompany Joint Chapter 11 Plan of Reorganization (dated June 15, 2010)

    **[Filed 7/14/10 Docket No. 1774]**

27. Notice of Submission of Redline Version of Revised Disclosure Statement to Accompany Joint Chapter 11 Plan of Reorganization

    **[Filed 7/14/10 Docket No. 1775]**

**Court Matter No.2**

28. Application for Authorization to Enter into Insurance Premium Finance Agreement filed by Station Casinos Inc.

    **[Filed 6/17/10 Docket No. 1656]**

29. Declaration of Thomas M. Friel

    **[Filed 6/17/10 Docket No. 1657]**

30. Notice of Hearing

    **[Filed 6/17/10 Docket No. 1662]**

**Court Matter No. 3**

31. Supplemental Application to Employ Ernst & Young as Auditor and Tax Advisor

    **[Filed 6/17/10 Docket No. 1658]**

32. Supplemental Declaration of Thomas M. Roche

    **[Filed 6/17/10 Docket No. 1659]**

33. Notice of Hearing

      **[Filed 6/17/10 Docket No. 1665]**

**Court Matter No. 4**

34. Motion to Approve Settlement Agreement with First Tennessee Bank National Association

      **[Filed 6/17/10 Docket No. 1660]**

35. Declaration of Thomas M. Friel

      **[Filed 6/17/10 Docket No. 6/17/10]**

36. Notice of Hearing

      **[Filed 6/17/10 Docket No. 1664]**

**July 16, 2010 10:00 a.m.**
**Court Matter No. 5**

(Adversary Case No. 10-05044)

37. Joint Motion to Approve Compromise under Rule 9019 of Plaintiffs and Defendants for: (1) Preliminary Approval of Class Action Settlement; (2) Approval of Class Notice; (3) Conditional Certification of Class, Settlement Class, Direct Payment Subclass and Allowed Claim Subclass; and (4) Related Relief

      **[Filed 6/18/10 Docket No. 4]**

38. Declaration of Luanne Sacks

      **[Filed 6/18/10 Docket No. 5]**

39. Notice of Hearing

      **[Filed 6/18/10 Docket No. 7]**