Dennis B. Arnold (CA SBN 70022)
Oscar Garza (CA SBN 149790)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:     (213) 229-7000
Facsimile:     (213) 229-7520

Special Counsel for FCP PropCo, LLC and FCP MezzCo Borrowers I-V, LLC as Debtors and Debtors in Possession

Bruce T. Beesley (NV SBN 1164)
Laury Macauley (NV SBN 11413)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:     (775) 823-2900
Facsimile:     (775) 823-2929
bbeesley@lrlaw.com; lmacauley@lrlaw.com

Local Reorganization Counsel for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>STATION CASINOS, INC.<br><br>☐ Affects all Debtors<br>☐ Affects Station Casinos, Inc.<br>☐ Affects Northern NV Acquisitions, Inc.<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☒ Affects FCP MezzCo Borrower V, LLC<br>☒ Affects FCP MezzCo Borrower IV, LLC<br>☒ Affects FCP MezzCo Borrower III, LLC<br>☒ Affects FCP MezzCo Borrower II, LLC<br>☒ Affects FCP MezzCo Borrower I, LLC<br>☒ Affects FCP PropCo, LLC<br>☐ Affects GV Ranch Station, Inc. | Chapter 11<br><br>Case No. BK-09-52477<br><br>Jointly Administered<br><br>BK 09-52470 through BK 09-52487 and BK 10-50381<br><br>**NOTICE OF FILING NINTH INTERIM FEE AND EXPENSE STATEMENT FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010 OF GIBSON, DUNN & CRUTCHER LLP, SPECIAL COUNSEL TO FCP PROPCO, LLC, AND FCP MEZZCO BORROWERS I-V, LLC** |

PLEASE TAKE NOTICE that, Gibson, Dunn & Crutcher LLP ("GDC"), Special Counsel for FCP PropCo, LLC as Debtor and Debtor in Possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases, hereby submits this Ninth Interim Fee Statement (the "Ninth Interim Statement") for the Period from June 1, 2010, through June 30, 2010[1] (the "Application Period"), pursuant to this court's Order Authorizing Employment and Retention of Gibson, Dunn & Crutcher LLP, pursuant to 11 U.S.C. § 327(e), as Special Counsel for FCP PropCo, LLC and FCP MezzCo Borrowers I-V, LLC as Debtors and Debtors in Possession [Docket No. 340] ("GDC Retention Order) and the Final Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 60] ("Interim Fee Procedures Order").

PLEASE TAKE FURTHER NOTICE that a copy of this Ninth Interim Statement together with exhibit(s) delivering a breakdown of fees and expenses was simultaneously served on the Notice Parties (as defined in the Interim Fee Procedures Order).

PLEASE TAKE FURTHER NOTICE that, GDC seeks payment of interim compensation for fees in the amount of $47,556.80, representing 80% of the $59,446.00 fees for services rendered, plus $10,618.81, representing 100% of the expenses incurred, for a total interim payment of $58,175.61 for this Application Period.

PLEASE TAKE FURTHER NOTICE that, the filing of the Ninth Interim Statement and the delivery of same to the Notice Parties, as well as counsel to the CMBS Lenders (German American Capital Corporation as collateral agent for itself and JP Morgan Chase as Lenders), is not intended to be, and should not be construed as, an express or implied waiver by GDC of any of its procedural and/or substantive rights and remedies under the GDC Retention Order, the Interim Fee Procedures Order, the applicable Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada (the "Local Rules" or "LR" (as appropriate)), made applicable to cases pending before the United States

---

[1] Note that 2.7 hours of time was included for services rendered on May 5 to 7, 2010, under matter 14 (Lease Issues), that was not included in the prior interim fee statement for the period May 1 to May 31, 2010.

Gibson, Dunn & Crutcher LLP

100902289_1.DOC

2

1  Bankruptcy Court for the District of Nevada pursuant to LR 1001(a), and the Region 17 United States
2  Trustee Guidelines (the "Guidelines") to amend, modify, revise, supplement or otherwise make
3  changes to the Ninth Interim Statement at any time prior to the time when GDC seeks allowance and
4  payment of the fees and reimbursement of the expenses set forth herein either on an interim or final
5  basis. To the contrary, all such rights and remedies are expressly reserved.

7  Dated: July 15, 2010                     Respectfully submitted,

9                                           By:    /s/ *Oscar Garza*
                                                   Dennis B. Arnold, Esq.
10                                                 Oscar Garza, Esq.
                                                   GIBSON, DUNN & CRUTCHER LLP
11                                                 California Bar No. 149790
                                                   333 South Grand Avenue
12                                                 Los Angeles, California 90071

                                                   Bruce T. Beesley (NV SBN 1164)
14                                                 Laury Macauley (NV SBN 11413)
                                                   LEWIS AND ROCA LLP
15                                                 50 West Liberty Street, Suite 410
                                                   Reno, Nevada 89501

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071.

A true and correct copy of the foregoing document described will be served or was served in the manner indicated below:

**NOTICE OF FILING NINTH INTERIM FEE AND EXPENSE STATEMENT FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010 OF GIBSON, DUNN & CRUTCHER LLP, SPECIAL COUNSEL TO FCP PROPCO, LLC, AND FCP MEZZCO BORROWERS I-V, LLC; and**

**EXHIBIT TO NINTH INTERIM FEE AND EXPENSE STATEMENT FOR THE PERIOD FROM JUNE 1, 2010 THROUGH JUNE 30, 2010 OF GIBSON, DUNN & CRUTCHER LLP, SPECIAL COUNSEL TO FCP PROPCO, LLC, AND FCP MEZZCO BORROWERS I-V, LLC**

SERVED BY OVERNIGHT MAIL:

On July 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows.

　　　　Please see attached Service List

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2010 | Betty Mendelovitz | /s/ Betty Mendelovitz |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

Station Casinos, Inc.
1505 South Pavilion Center Drive
Las Vegas, NV 89135
Attn: Matt Heinhold

Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Attn: Kathleen Heinsberg

Lewis and Roca LLP
50 West Liberty Street, Suite 410
Reno, NV 89501
Attn: Bruce T. Beesley

US Trustee of District of Nevada
300 Booth Street, #2129
Reno, NV 89509
Attn: Nicholas Strozza

Deutsche Bank Trust Company Americas
60 Wall Street, 2nd Floor
New York, NY 10005
Attn: Christopher J. Young

Counsel to Committee:

Fox Rothschild LLP
3773 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Attn:  Brett A. Axelrod; Anne M. Loraditch

Fried Frank Harris
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Attn:  Eric Winston

Jeffrey E. Bjork
Gabriel R. MacConaill
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Larry J. Nyhan
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603

Jennifer A. Smith
Lionel, Sawyer & Collins
1100 Bank of America Plaza
50 West Liberty Street
Reno, NV 89501