# Exhibit D

# Exhibit D

In re Station Casinos, Inc., *et al.* - POR Financial Projections
*($ in millions)*

## RESTRUCTURED PROPCO FINANCIALS

|  | \multicolumn{5}{c}{Fiscal Years Ending} |
| --- | --- | --- | --- | --- | --- |
|  | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 |
| Net Revenues | $620.8 | $644.5 | $675.7 | $708.5 | $744.0 |
| Operating Costs and Expenses |  | (611.1) | (610.3) | (618.4) | (633.3) |
| Operating Income |  | $33.3 | $65.3 | $90.0 | $110.7 |
| Memo: Depreciation & Amortization |  | 136.7 | 122.8 | 116.4 | 115.6 |
| Memo: Management Fees | 23.0 | 24.2 | 25.9 | 27.6 | 29.5 |
| Interest Expense, net |  | ($78.8) | ($92.2) | ($104.9) | ($124.0) |
| Earnings from Joint Ventures |  | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest and Other Expense from Joint Ventures |  | 0.0 | 0.0 | 0.0 | 0.0 |
| Other |  | 0.0 | 0.0 | 0.0 | 0.0 |
| Pre-tax Income |  | ($45.5) | ($26.8) | ($14.9) | ($13.3) |
| *Tax Rate* |  | *35.0%* | *35.0%* | *35.0%* | *35.0%* |
| Benefit (Provision) Income Taxes |  | 15.9 | 9.4 | 5.2 | 4.7 |
| Net Income |  | ($29.6) | ($17.4) | ($9.7) | ($8.7) |
| Memo: Adjusted EBITDAM | $180.3 | $194.3 | $214.0 | $234.1 | $255.8 |
| Memo: Adjusted EBITDA | 157.3 | 170.1 | 188.1 | 206.4 | 226.3 |
| Memo: Capital Expenditures |  | 36.9 | 59.0 | 58.1 | 56.6 |
| Memo: Changes in Working Capital |  | 0.0 | 0.0 | 0.0 | 0.0 |
| **Balance Sheet Data** |  |  |  |  |  |
| Cash | $80.0 | $93.6 | $102.8 | $113.7 | $125.1 |
| Revolver | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Debt | 1,600.0 | 1,559.2 | 1,531.6 | 1,499.0 | 1,464.7 |
| Total Debt | $1,600.0 | $1,559.2 | $1,531.6 | $1,499.0 | $1,464.7 |

**Principal Operating and Financial Assumptions – New PropCo**

The principal operating and financial assumptions described below for New PropCo are pro forma for the transactions contemplated by the Plan, excluding any transactions related to the potential purchase of the New OpCo Acquired Assets by New PropCo or another Successful Bidder.  All financial information excludes New LandCo, and is based on projections provided by management of SCI as of October 2009 adjusted by transactions contemplated by the Plan.  Additionally, all financial information and related descriptions assume an Effective Date of December 31, 2010 and do not include the impact of fresh start accounting, as SCI has not completed all related work to present as such.  In order to provide meaningful comparisons to prior periods, all income statement information and related descriptions also assume that all transactions had occurred prior to all periods.

(A) Net Revenues

SCI's projections for 2010 net revenues at New PropCo are based on, among other things, an analysis of current and projected market conditions, unemployment rates and consumer confidence levels, which the Company believes will continue to be challenging through much of 2010.  The projections also include continued impacts from recent openings of new affiliated and third party gaming facilities, which have and are expected to continue to affect some of SCI's existing properties.  SCI expects 2010 net revenues at New PropCo to decrease approximately 5% as compared to 2009, driven by continued difficult conditions in the Las Vegas locals market.  For 2011, 2012, 2013 and 2014, SCI expects net revenues to increase approximately 4%, 5%, 5% and 5%, respectively, driven mainly by anticipated improvement of the economic conditions in the Las Vegas locals market.

(B) Operating Costs and Expenses

SCI's projections for 2010 operating costs and expenses at New PropCo include the impacts from decreased net revenues on variable costs, as well as costs savings initiatives put in place over the course of 2009 and new initiatives expected to be realized in 2010.  Decreasing operating costs and expenses as a percentage of net revenues in future years reflect the impact of these costs savings, as well as increased operating leverage as net revenues are expected to grow in 2011 through 2014.  2011 through 2014 projections also include management fees expected to be paid to FG, as manager of the assets of New PropCo.  Additionally, operating expenses include SCI's estimates for depreciation and amortization for tax purposes as the company has not completed its analysis of the Plan on depreciation and amortization for book or tax purposes.

(C) Interest Expense, net

SCI's projections assume that, immediately after the Effective Date, New PropCo's debt will include the Term Loan Facility, with $1.6 billion in outstanding amounts and a $100 million Revolving Credit Facility (as such capitalized terms are defined in the New Propco Credit Agreement, a copy of which will be included in the Plan Supplement). Both the Term Loan Facility and the Revolving Credit Facility are assumed to pay cash interest at the London Interbank Offered Rate plus an applicable margin.  A detailed description of the terms of both facilities can be found in the New Propco Credit Agreement.  Interest income is assumed to be generated from cash in excess of levels necessary to operate New PropCo's businesses.

(D) Benefit (Provision) for Income Taxes

SCI expects that book tax benefit (provision) for income taxes will be equal to 35% of pre-tax income for the Projection Period.