Paul S. Aronzon (CA SBN 88781)
Thomas R. Kreller (CA SBN 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:     (213) 892-4000
Facsimile:     (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Laury M. Macauley (NV SBN 11413)
Dawn M. Cica (NV SBN 004595)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:     (775) 823-2900
Facsimile:     (775) 823-2929
lmacauley@lrlaw.com; dcica@lrlaw.com

Local Reorganization Counsel for
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Northern NV Acquisitions, LLC<br>☐ Affects Reno Land Holdings, LLC<br>☐ Affects River Central, LLC<br>☐ Affects Tropicana Station, LLC<br>☐ Affects FCP Holding, Inc.<br>☐ Affects FCP Voteco, LLC<br>☐ Affects Fertitta Partners LLC<br>☐ Affects FCP MezzCo Parent, LLC<br>☐ Affects FCP MezzCo Parent Sub, LLC<br>☐ Affects FCP MezzCo Borrower VII, LLC<br>☐ Affects FCP MezzCo Borrower VI, LLC<br>☐ Affects FCP MezzCo Borrower V, LLC<br>☐ Affects FCP MezzCo Borrower IV, LLC<br>☐ Affects FCP MezzCo Borrower III, LLC<br>☐ Affects FCP MezzCo Borrower II, LLC<br>☐ Affects FCP MezzCo Borrower I, LLC<br>☐ Affects FCP PropCo, LLC<br>☐ Affects GV Ranch Station, Inc. | Chapter 11<br><br>Case No. BK-09-52477<br>Jointly Administered<br>BK 09-52470 through BK 09-52487 and<br>BK 10-50381<br><br>**PLAN SUPPLEMENT IN CONNECTION WITH FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR STATION CASINOS, INC. AND ITS AFFILIATED DEBTORS (DATED JULY 28, 2010)**<br><br>**Plan Confirmation Hearing**<br><br>Hearing Date:     August 27 and 30, 2010<br>Hearing Time:     10:00 a.m.<br>Place:               300 Booth Street<br>                         Reno, NV 89509 |

#4823-3711-5655

1  TO THE HONORABLE GREGG W. ZIVE, UNITED STATES BANKRUPTCY JUDGE,

2  OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:

3  PLEASE TAKE NOTICE that Station Casinos, Inc. ("SCI") together with its

4  affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively,

5  the "Debtors") hereby submit the following documents to supplement the *First Amended Joint*

6  *Plan of Reorganization for Station Casinos, Inc. and its Affiliated Debtors* (as amended, the

7  "Plan") [Docket No. 1863-1]:

- Exhibit 1 – New FG Management Agreement (Opco)
- Exhibit 2 – New FG Management Agreement (Propco)
- Exhibit 3 – New Opco Credit Agreement
- Exhibit 4 – New Opco PIK Credit Agreement
- Exhibit 5 – New Opco Asset Purchase Agreement
- Exhibit 6 – New Propco Credit Agreement
- Exhibit 7 – New Propco LLCA
- Exhibit 8 – Opco Lender Support Agreement
- Exhibit 9 – Propco Lender Support Agreement
- Exhibit 10 – Second Amended Master Lease Compromise Agreement
- Exhibit 11 - Put Parties Support Agreement
- Exhibit 12 - Committee Plan Support Stipulation

These documents, which may be amended, modified, supplemented or further revised from time to time, constitute the Plan Supplement, as such term is defined in the Plan.

//
//
//
//
//
//
//
//

#4823-3711-5655                                                     -2-

1 | Dated: August 10, 2010            Respectfully submitted,

2 | By:    /s/ *Thomas R. Kreller*
          Paul S. Aronzon, CA State Bar #88781
          Thomas R. Kreller, CA State Bar #161922
          MILBANK, TWEED, HADLEY & McCLOY LLP
          601 South Figueroa Street, 30th Floor
          Los Angeles, California 90017

          Reorganization Counsel for
          Debtors and Debtors in Possession

          Laury M. Macauley, NV State Bar #11413
          Dawn M. Cica, NV State Bar # 004595
          LEWIS AND ROCA LLP
          50 W. Liberty Street, Ste. 410
          Reno, NV 89501

          Local Reorganization Counsel
          For Debtors and Debtors in Possession

#4823-3711-5655                           -3-