# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–52477–gwz</u>
**Chapter 11**
**Appeal Reference Number** <u>11–06</u>

In re:
    STATION CASINOS, INC.
                Debtor(s)

---

    THE UNITED STATES OF AMERICA
                Appellant(s)

vs

    STATION CASINOS, INC., ET AL, CMBS
    LENDERS AND PREPETITION LENDERS
                Appellee(s)

---

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:   ALL PARTIES IN APPEAL
         U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by THE UNITED STATES OF AMERICA with the Clerk of the Bankruptcy Court on APRIL 7, 2011. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 4/11/11                                    BY THE COURT

                                                            Mary A. Schott
                                                            Clerk of the Bankruptcy Court