| | |
|---|---|
| Paul S. Aronzon (CA SBN 88781) | Laury M. Macauley (NV SBN 11413) |
| Thomas R. Kreller (CA SBN 161922) | Dawn M. Cica (NV SBN 004565) |
| MILBANK, TWEED, HADLEY & McCLOY LLP | LEWIS AND ROCA LLP |
| 601 South Figueroa Street, 30th Floor | 50 West Liberty Street, Suite 410 |
| Los Angeles, California 90017 | Reno, Nevada 89501 |
| Telephone: (213) 892-4000 | Telephone: (775) 823-2900 |
| Facsimile: (213) 629-5063 | Facsimile: (775) 823-2929 |
| | lmacauley@lrlaw.com; dcica@lrlaw.com |
| Reorganization Counsel for | |
| Debtors and Debtors in Possession | Local Reorganization Counsel for |
| | Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| STATION CASINOS, INC. | Case No. BK-09-52477 |
| | Jointly Administered |
| ☐ Affects this Debtor | BK 09-52470 through BK 09-52487 and |
| ☒ Affects all Debtors | BK 10-50381 |
| ☐ Affects Northern NV Acquisitions, LLC | |
| ☐ Affects Reno Land Holdings, LLC | |
| ☐ Affects River Central, LLC | |
| ☐ Affects Tropicana Station, LLC | |
| ☐ Affects FCP Holding, Inc. | |
| ☐ Affects FCP Voteco, LLC | **CERTIFICATE OF NO OBJECTION** |
| ☐ Affects Fertitta Partners LLC | **REGARDING MILBANK, TWEED,** |
| ☐ Affects FCP MezzCo Parent, LLC | **HADLEY & M<sup>c</sup>CLOY LLP'S** |
| ☐ Affects FCP MezzCo Parent Sub, LLC | **MONTHLY FEE STATEMENT FOR** |
| ☐ Affects FCP MezzCo Borrower VII, LLC | **THE PERIOD FROM JANUARY 1** |
| ☐ Affects FCP MezzCo Borrower VI, LLC | **THROUGH JANUARY 31, 2011** |
| ☐ Affects FCP MezzCo Borrower V, LLC | |
| ☐ Affects FCP MezzCo Borrower IV, LLC | |
| ☐ Affects FCP MezzCo Borrower III, LLC | |
| ☐ Affects FCP MezzCo Borrower II, LLC | |
| ☐ Affects FCP MezzCo Borrower I, LLC | |
| ☐ Affects FCP PropCo, LLC | |
| ☐ Affects GV Ranch Station, Inc. | |

**TO THE HONORABLE GREGG W. ZIVE AND ALL PARTIES IN INTEREST:**

The undersigned hereby certifies that the undersigned has received no answer, objection or any other responsive pleading with respect to the monthly fee statement referenced above detailing fees for services rendered and expenses incurred by Milbank, Tweed, Hadley &

#4823-5133-4409               -1-

1  M<sup>c</sup>Cloy LLP (the "Applicant"), reorganization counsel to the Debtors and the Debtors in
2  Possession, as summarized in **Exhibit 1**[1] attached hereto (the "Statement"), on or before the
3  Objection Deadline. The Statement was filed with the Court on the date listed on **Exhibit 1**.
4      The Statement was filed and served in accordance with the *Final Order Pursuant to 11*
5  *U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 Authorizing and Establishing Procedures for*
6  *Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 60] entered
7  August 7, 2009 (the "Interim Fee Order")*,* and the *Order Authorizing Employment and Retention*
8  *of Milbank, Tweed, Hadley & McCloy LLP, as Counsel For The Debtors* [Docket No. 329]
9  entered September 18, 2009.  Pursuant to the Interim Fee Order, the Applicant is entitled to be
10 paid eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested
11 in the Statement upon the filing of this certification of no objection without the need for a further
12 order of the Court approving the Statement.

14 DATED:  April 11, 2011      Respectfully submitted,

                        By /s/ Paul S. Aronzon_____
                        Paul S. Aronzon, CA State Bar #88781
                        Thomas R. Kreller, CA State Bar #161922
                        MILBANK, TWEED, HADLEY & McCLOY LLP
                        601 South Figueroa Street, 30th Floor
                        Los Angeles, California 90017

                        Reorganization Counsel for
                        Debtors and Debtors in Possession

                        Laury M. Macauley, NV State Bar #11413
                        Dawn M. Cica, NV State Bar # 004565
                        LEWIS AND ROCA LLP
                        50 W. Liberty Street, Ste. 410
                        Reno, NV 89501
                        Local Reorganization Counsel
                        For Debtors and Debtors in Possession

---

[1] Pursuant to the Interim Fee Order (as defined herein), objections to the requested fees and expenses were to be filed and served no later than twenty (20) days after the date of service (the "Objection Deadline") of the monthly fee statement.

#4823-5133-4409                          -2-

## Exhibit 1

*In re Station Casinos, Inc., et. al.*

### Summary of Milbank, Tweed, Hadley & McCloy LLP's
### Monthly Fee Statement
### for Professional Fees and Expenses

| Application Period | Fees in Application Period | Expenses in Application Period | Fees (80%) Awarded | Expenses (100%) Awarded | Date filed and Served | Objection Deadline |
|---|---|---|---|---|---|---|
| 1/1/11 through 1/31/11 | $1,049,030.50 | $26,061.19 | $839,224.40 | $26,061.19 | 3/17/2011 | 4/6/2011 |

#4823-5133-4409