Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

Reorganization Counsel for
Debtors and Debtors in Possession

Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON, LTD.
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile:  (702) 471-7435

Local Reorganization Counsel for GV Ranch
Station, Inc., Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

STATION CASINOS, INC.

☐ Affects this Debtor
☐ Affects all Debtors
☐ Affects Northern NV Acquisitions, LLC
☐ Affects Reno Land Holdings, LLC
☐ Affects River Central, LLC
☐ Affects Tropicana Station, LLC
☐ Affects FCP Holding, Inc.
☐ Affects FCP Voteco, LLC
☐ Affects Fertitta Partners LLC
☐ Affects FCP MezzCo Parent, LLC
☐ Affects FCP MezzCo Parent Sub, LLC
☐ Affects FCP MezzCo Borrower VII, LLC
☐ Affects FCP MezzCo Borrower VI, LLC
☐ Affects FCP MezzCo Borrower V, LLC
☐ Affects FCP MezzCo Borrower IV, LLC
☐ Affects FCP MezzCo Borrower III, LLC
☐ Affects FCP MezzCo Borrower II, LLC
☐ Affects FCP MezzCo Borrower I, LLC
☐ Affects FCP PropCo, LLC
☒ Affects GV Ranch Station, Inc.

Chapter 11

Case No. BK-09-52477

Jointly Administered

BK 09-52470 through BK 09-52487 and BK 10-50381

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF FILING OF FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011 (NINTH COVER SHEET) FEE STATEMENT FOR SHEA & CARLYON, LTD.**

**TO THE HONORABLE GREGG W. ZIVE AND ALL PARTIES IN INTEREST:**

The undersigned hereby certifies that the undersigned has received no answer, objection or any other responsive pleading with respect to the Notice of Filing of February 1, 2011 Through February 28, 2011 (Ninth Cover Sheet) Fee Statement for Shea & Carlyon, Ltd., (the "Statement")

#4845-3959-8086

[Docket No. 2734] filed on March 16, 2011 and attached hereto as **Exhibit 1**[1]. The Statement referenced herein details fees for services rendered and expenses incurred by Shea & Carlyon, Ltd., ("S&C"), Local Reorganization Counsel for GV Ranch Station, Inc., Debtor and Debtor in Possession, on or before the respective Objection Deadline.

The Statement was filed and served in accordance with the *Final Order Pursuant to 11 U.S.C. §105(a) and 331, Fed. R. Bankr. P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 60] entered August 7, 2009 (the "Interim Fee Order"), and the *Order Approving Employment of Shea & Carlyon, Ltd as Special Local Counsel for the Debtor Effective March 9, 2010* [Docket No. 122, Case No. 10-50381] entered on April 27, 2010. Pursuant to the Interim Fee Order, S&C is entitled to be paid eighty percent (80%) of the fees for the period covering February 1, 2011 through February 28, 2011, $1,149.60 and one hundred percent (100%) of the expenses, $123.17, for a total interim payment in the amount of $1,272.77, as requested in the Statement upon the filing of this certification of no objection without the need for a further order of the Court approving the Statement.

DATED as of the ___ day of April, 2011.

By:_____
Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON, LTD.
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Local Reorganization Counsel GV Ranch Station, Inc.,
Debtor and Debtor in Possession

---

[1] Pursuant to the Interim Fee Order (as defined herein), objections to the requested fees and expenses were to be filed and served no later than twenty (20) days after the dates of service (the "Objection Deadlines") of each monthly fee statement.

#4845-3959-8086                                -2-

# EXHIBIT 1

| | |
|---|---|
| Paul S. Aronzon (CA State Bar No. 88781)<br>Thomas R. Kreller (CA State Bar No. 161922)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 892-4000<br>Facsimile:     (213) 629-5063<br><br>Reorganization Counsel for<br>Debtors and Debtors in Possession | Candace C. Carlyon (NV SBN 2666)<br>SHEA & CARLYON, LTD.<br>701 East Bridger Avenue, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile:  (702) 471-7435<br>ccarlyon@sheacarlyon.com<br><br>Local Reorganization Counsel for GV Ranch<br>Station, Inc., Debtor and Debtor in Possession |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

STATION CASINOS, INC.

☐ Affects this Debtor
☐ Affects all Debtors
☐ Affects Northern NV Acquisitions, LLC
☐ Affects Reno Land Holdings, LLC
☐ Affects River Central, LLC
☐ Affects Tropicana Station, LLC
☐ Affects FCP Holding, Inc.
☐ Affects FCP Voteco, LLC
☐ Affects Fertitta Partners LLC
☐ Affects FCP MezzCo Parent, LLC
☐ Affects FCP MezzCo Parent Sub, LLC
☐ Affects FCP MezzCo Borrower VII, LLC
☐ Affects FCP MezzCo Borrower VI, LLC
☐ Affects FCP MezzCo Borrower V, LLC
☐ Affects FCP MezzCo Borrower IV, LLC
☐ Affects FCP MezzCo Borrower III, LLC
☐ Affects FCP MezzCo Borrower II, LLC
☐ Affects FCP MezzCo Borrower I, LLC
☐ Affects FCP PropCo, LLC
☒ Affects GV Ranch Station, Inc.

Chapter 11

Case No. BK-09-52477

Jointly Administered

BK 09-52470 through BK 09-52487 and
BK 10-50381

**NOTICE OF FILING OF FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011 (NINTH COVER SHEET) FEE STATEMENT FOR SHEA & CARLYON, LTD.**

    PLEASE TAKE NOTICE that Shea & Carlyon, Ltd., (S&C) as Special Local Reorganization Counsel for GV Ranch Station, Inc., Debtor and Debtor in Possession, ("Debtor"), hereby files this Notice of February 1, 2011 through February 28, 2011 (Ninth Cover Sheet) Fee Statement ("The S&C Ninth Cover Sheet Fee Application"). Exhibit A hereto contains a chronological listing of each fee and expense entry included in the S&C Cover Sheet Fee Application. S&C maintains computerized records

#4845-3959-8086

of attorney charges which are entered contemporaneously with the provision of services. The S&C Ninth Cover Sheet Fee Application is being contemporaneously served upon the parties specified in the *Final Order Pursuant to 11 U.S.C. 105(a) and 331, Fed.R.Bankr.P. 2016 Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by the Court on August 7, 2009 [D.E. 60], as applicable to this case by virtue of the Order: (1) Further Directing Joint Administration Of Chapter 11 Cases; And (2) Applying Certain Prior Orders Entered In This Jointly Administered Case To The Bankruptcy Case Of GV Ranch Station, Inc., entered on June 9, 2010 (D.E. 13) in Case Number BK-S-09-52477-GWZ.

**PLEASE TAKE FURTHER NOTICE** that S & C requests payment of 80% of the fees and 100% of the expenses for the February 1, 2011 through February 28, 2011 time period, as set forth below:

| | |
|---|---|
| Total February 2011 Fees: | $1,437.00 |
| 80% of February 2011 Fees: | $1,149.60 |
| Total February 2011 Expenses: | $123.17 |
| TOTAL FEBRUARY 2011 INTERIM PAYMENT REQUESTED | **$1,272.77** |
| 20% HOLDBACK: | $287.40 |

DATED as of the 16th day of March, 2011.

By: _____
Candace C. Carlyon (NV SBN 2666)
Tracy M. O'Steen (NV SBN 10949)
SHEA & CARLYON, LTD.
701 East Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Local Reorganization Counsel GV Ranch Station, Inc., Debtor and Debtor in Possession

#4845-3959-8086                        -2-

EXHIBIT A

EXHIBIT A

# *Shea & Carlyon Ltd.*
701 Bridger Ave.
Suite 850
Las Vegas, NV 89101

Ph:(702) 471-7432     Fax:(702) 471-7435

G.V. Ranch Station, Inc.                                    Mar 04, 2011
1505 S. Pavilion Center Drive
Las Vegas, NV 89135 United States

|  |  |
|---|---|
| File #: | 1879 |
| Inv #: | 27550 |

Attention:   Matt Heinhold

RE:   Special Local Counsel; GCR Gaming, LLC.

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---:|---:|
| Jan-21-11 | Overnight Delivery | 11.16 | |
| Feb-22-11 | Courtcall | 30.00 | |
| Feb-28-11 | Telephone | 1.69 | |
|  | Pacer- Document Recovery Pacer- Document Recovery 1004 @ 0.08 | 80.32 | |
|  | Totals | $123.17 | $0.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | $123.17 |
| Previous Balance | $74.02 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $197.19 |

JPS - James Patrick Shea          SSS - Shlomo S. Sherman
CCC - Candace C. Carlyon         BPJ- Brandon P. Johansson
JC- L. Joe Coppedge              NLW- Natalie L. Winslow
DHA - Denise H. Abramow          LC - Law Clerk
TMO - Tracy M. O'Steen           P - Paralegal
                                 LA- Legal Assistant

# *Shea & Carlyon Ltd.*
701 Bridger Ave.
Suite 850
Las Vegas, NV 89101

Ph:(702) 471-7432    Fax:(702) 471-7435

G.V. Ranch Station, Inc.  
c/o Stations Casinos Legal Department  
1505 S. Pavilion Center Drive  
Las Vegas, NV 89135 United States

Mar 04, 2011

Attention: Matt Heinhold

File #: 1879-2  
Inv #: 27551

RE:  Case Adminisration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-01-11 | Electronic filing of December MOR | 0.10 | 16.50 | P |
| Feb-17-11 | Meeting with Ms. O'Steen re matters on calendar; dial in with her and stay on line until hearing convened in order to facilitate substitute appearance (no charge per CCC) | 0.60 | 0.00 | CCC |
| | Attendance at Court via Telephone - Hearing on Applications for Compensation and Motion to Dismiss filed by IRS | 2.50 | 937.50 | TMO |
| | Totals | 3.20 | $954.00 | |

Total Fees, Disbursements  $954.00

Previous Balance  $1,990.10  
Previous Payments  $0.00

**Balance Due Now**  $2,944.10

JPS - James Patrick Shea  
CCC - Candace C. Carlyon  
JC - L. Joe Coppedge  
DHA - Denise H. Abramow  
TMO - Tracy M. O'Steen

SSS - Shlomo S. Sherman  
BPJ - Brandon P. Johansson  
NLW - Natalie L. Winslow  
LC - Law Clerk  
P - Paralegal  
LA - Legal Assistant

# *Shea & Carlyon Ltd.*
701 Bridger Ave.
Suite 850
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

G.V. Ranch Station, Inc.                                    Mar 04, 2011
c/o Stations Casinos Legal Department
1505 S. Pavilion Center Drive
Las Vegas, NV 89135 United States

Attention:   Matt Heinhold                    File #:    1879-5
                                              Inv #:    27554

RE:   Fee Applications/ Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-15-11 | Preparation of draft correspondence to Judge Zive re request for telephonic appearance and forward to attorney for review | 0.10 | 16.50 | P |
|  | Preparation of electronic correspondence to Bill Cossit and Fred Neufeld re forwarding letter requesting telephonic appearance (No charge per CCC) | 0.10 | 0.00 | P |
| Feb-16-11 | Review fee application/preparation for hearing re same | 0.50 | 287.50 | CCC |
|  | Exchange electronic correspondence with co-counsel re request to trail fee apps to end of calendar (multiple emails over two days) | 0.10 | 57.50 | CCC |
|  | Prepare Order Granting Fee Application for Shea & Carlyon | 0.30 | 67.50 | NLW |
| Feb-17-11 | Prepare memo for Ms. O'Steen re fee app matters (due to change in time, conflict with other hearings) (No charge per CCC) | 0.30 | 0.00 | CCC |
|  | Review electronic correspondence from Ms. Rustia attaching proposed orders granting fee applications; review of the same and transmit approval to counsel | 0.10 | 37.50 | TMO |
| Feb-18-11 | Preparation of electronic correspondence to Bill Cossit re forwarding Order re Second Interim Fee Application of Shea & Carlyon for review and approval | 0.10 | 16.50 | P |
|  | Totals | 1.60 | $483.00 |  |

|  |  |
|---|---|
| **Total Fees, Disbursements** | $483.00 |
| Previous Balance | $1,938.70 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$2,421.70** |

JPS - James Patrick Shea  
CCC - Candace C. Carlyon  
JC - L. Joe Coppedge  
DHA - Denise H. Abramow  
TMO - Tracy M. O'Steen  

SSS - Shlomo S. Sherman  
BPJ - Brandon P. Johansson  
NLW - Natalie L. Winslow  
LC - Law Clerk  
P - Paralegal  
LA - Legal Assistant