ROBERT J. STARK, ESQ.
(NY Bar No. 2739035)
(Admission *Pro Hac Vice pending*)
HOWARD S. STEEL, ESQ.
(NY Bar No. 4338984)
(Admission *Pro Hac Vice pending*)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-Mail: rstark@brownrudnick.com
        hsteel@brownrudnick.com

– and –

JEREMY B. COFFEY, ESQ.
(MA Bar No. 666046)
(Admission *Pro Hac Vice pending*)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-Mail: jcoffey@brownrudnick.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors of
Green Valley Ranch Gaming, LLC*

SALLIE B. ARMSTRONG, ESQ.
(NV Bar No. 1243)
MICHELLE N. KAZMAR, ESQ.
(NV Bar No. 10098)
DOWNEY BRAND LLP
West Plumb Lane
Reno, NV 89509
Telephone: (775) 329-5900
Email: sarmstrong@downeybrand.com
       mkazmar@downeybrand.com

*Proposed Local Counsel for the Official
Committee of Unsecured Creditors of
Green Valley Ranch Gaming, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC.<br><br>Debtors and Debtors in Possession.[1]<br><br>Affects all debtors listed in footnote 2.[2] | Case No. 09-52477<br>Jointly Administered 09-52470 through 09-52487 and 10-50381 and 11-51188 and 11-51190 through 11-51219.<br><br>Chapter 11 Cases<br><br>Judge Gregg W. Zive<br><br>**NOTICE OF APEARANCE AND REQUEST FOR NOTICE** |

---

[1] The debtors in these jointly administered chapter 11 cases are: (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC and FCP PropCo, LLC (collectively, the "SCI Debtors"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casinos, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC

The undersigned, proposed counsel and local counsel for the Official Committee of Unsecured Creditors (the "Official Committee"), hereby enter an appearance on the record in the above-entitled matter. Pursuant to Bankruptcy Rule 2002, the undersigned hereby request that notice of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, be served on them at the following addresses:

Proposed Counsel for the Official Committee:

Robert J. Stark, Esq.
Howard S. Steel, Esq.
Jeb L. Singer, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4900
Facsimile: (212) 209-938-2900
E-mail: rstark@brownrudnick.com
        hsteel@brownrudnick.com
        jsinger@brownrudnick.com

– and –

Jeremy B. Coffey, Esq.
T. Max Riffin, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Telephone (617) 856-8595
Facsimile (617) 856-8201
E-mail: jcoffey@brownrudnick.com
        mriffin@brownrudnick.com

Proposed Local Counsel for the Official Committee:

Sallie B. Armstrong, Esq.
Michelle N. Kazmer, Esq.
Downey Brand LLP
427 West Plumb Lane
Reno, NV 89509
P: (775) 329-5900
F: (775) 786-5443
E-Mail: sarmstrong@downeybrand.com
        mkazmar@downeybrand.com

---

(collectively, the "Subsidiary Debtors"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "Aliante Debtors"), and (iv) Green Valley Ranch Gaming, LLC ("GVR").

[2] This Application affects: GVR.

DATED this May 9, 2011.

                    **BROWN RUDNICK LLP**

                    ROBERT J. STARK, ESQ.
                    (NY Bar No. 2739035)
                    *Pro Hac Vice* Application Pending
                    JEREMY B. COFFEY, ESQ.
                    (MA Bar No. 666046)
                    *Pro Hac Vice* Application Pending
                    HOWARD S. STEEL, ESQ.
                    (NY Bar No. 4338984)
                    *Pro Hac Vice* Application Pending

                          – and –

                    **DOWNEY BRAND LLP**

                    By: /s/ Sallie B. Armstrong
                    SALLIE B. ARMSTRONG, ESQ.
                    (NV Bar No. 1243)
                    MICHELLE N. KAZMAR, ESQ.
                    (NV Bar No. 10098)

                    *Proposed Counsel for the Official Committee of Unsecured Creditors of Green Valley Ranch Gaming, LLC*