James H.M. Sprayregen, P.C. (IL No. 6190206)
David R. Seligman, P.C. (IL No. 6238064)
David A. Agay (IL No. 6244314)
Sarah H. Seewer (IL No. 6301437)
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
james.sprayregen@kirkland.com
david.seligman@kirkland.com
david.agay@kirkland.com
sarah.seewer@kirkland.com

Reorganization Counsel
for GVR

Candace Carlyon (NV No. 002666)
James Patrick Shea (NV No. 000405)
SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone:    (702) 471-7432
Facsimile:    (702) 471-7435
ccarlyon@sheacarlyon.com
jshea@sheacarlyon.com

Special Local Reorganization Counsel
for GVR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| STATION CASINOS, INC. | Case No. 09-52477 |
| Debtors and Debtors in Possession.[1] | Jointly Administered 09-52470 through 09-52487, 10-50381, 11-51188, and 11-51190 through 11-51219 |
| ☒ Affects all debtors listed in footnote 2[2] | Jointly Administered |
| | **DECLARATION OF WILLIAM A. BIBLE IN SUPPORT OF GVR'S OBJECTION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION (1) TO COMPEL DISCOVERY AND (2) FOR RELIEF FROM IMPROPER CONFIDENTIALITY RESTRICTIONS** |
| | Hearing Date:    N/A<br>Hearing Time:    N/A<br>Place:    300 Booth Street<br>                Reno, NV 89509 |

---

[1]  The debtors in these jointly administered chapter 11 cases are:  (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; and FCP PropCo, LLC (collectively, the "SCI Debtors"); (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casinos, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "Subsidiary

1    I, William A. Bible, hereby declare under penalty of perjury:

2          1.      I graduated from Stanford University in 1967 with a Bachelor of Arts Degree in History and Political Science, and received a Masters Degree in Business Administration in 1971 from the University of Nevada, Reno.  My Masters program emphasized capital budgeting, resource allocation, portfolio management and general financial management.  After receiving my Masters degree, I was the State of Nevada's Chief Assistant Budget Administrator from 1971 to 1973 and the Deputy Budget Administrator from 1973 to 1977.  From 1977 to 1983, I was an Assembly Fiscal Analyst and then the Director of the Division of Fiscal Analysis and Legislative Counsel Bureau.  In 1983, Governor Richard Bryan appointed me as the Director of the State's Administration Department.  In 1988 I took a leave of absence from the State's Administration Department and managed Governor Richard Bryan's successful campaign for the United States Senate.  Following the campaign, in late 1988, acting Governor Robert Miller appointed me as Chairman of the State Gaming Control Board.  I served as Chairman of the Gaming Control Board until I retired in October 1998.  In October 1999, I became President of the Nevada Resort Association, resigning that position in March 2010.  In 2007, I became Director of the Las Vegas Monorail Company, resigning from that position in 2008.  And in 2010, I became a board member of MGM Resorts International, Inc.

2.    Since July 28, 2010, I have served on the Green Valley Ranch Gaming, LLC Transaction Committee (the "Transaction Committee"), along with Dr. James E. Nave.

3.    Since July 28, 2010, I have served on the Green Valley Ranch Gaming, LLC Special Investigation Committee (the "Special Investigation Committee").  Attached as Exhibit A is a true and correct copy of the Special Investigation Committee report.

4.    I know members of the Fertitta and Greenspun families.  I do not have what anyone would consider close personal relationships with any member of the Fertitta or Greenspun

---

Debtors"); (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "Aliante Debtors"); and (iv) Green Valley Ranch Gaming, LLC ("GVR").

[2] This Motion affects: GVR.

1

family. My contacts with members of the Fertitta and Greenspun families are limited to business relationships and public functions; I do not socialize with any member of either family.

5. I have had business related contacts with entities affiliated with the Fertitta and Greenspun families through my roles as Chairman of the Gaming Control Board and President of the Nevada Resort Association. Through my role as Chairman of the Gaming Control Board, I regulated Fertitta-owned and Greenspun-owned and affiliated entities. Through my role as President of the Nevada Resort Association, I interacted with the Fertittas on public policy matters related to gaming.

6. I have no financial interest in GVR or any other entity affiliated with the Fertitas or Greenspuns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 17, 2011                                Respectfully Submitted,

*/s/ William A. Bible*
William A. Bible.

2