## **Exhibit 1**

## **Exhibit 1**

# Exhibit 1

**Summary of Fifth Interim Fee Period Monthly Statements – Debtor Ensemble**

| Statement Period | Total Fees Incurred | Total Expenses Incurred | Total Payments Received[1] | Total Outstanding[2] |
|---|---|---|---|---|
| 12/01/2010 through 12/31/2010 | $510,181.00 | $32,736.36 | $440,881.16 | $102,036.20 |
| 1/01/2011 through 01/31/2011 | $844,882.00 | $24,857.98 | $700,763.58 | $168,976.40 |
| 02/01/2011 through 02/28/2011 | $971,740.75 | $37,672.30 | $815,064.90 | $194,348.15 |
| 3/01/2011 through 03/31/2011 | $1,588,456.50 | $45,340.69 | $0.00 | $1,633,797.19 |
| **Fifth Interim Period Total** | **$3,915,260.25** | **$140,607.33** | **$1,956,709.64** | **$2,099,157.94** |

**Summary of Fifth Interim Fee Period Monthly Statements – FCP PropCo, LLC**

| Statement Period | Total Fees Incurred | Total Expenses Incurred | Total Payments Received | Total Outstanding |
|---|---|---|---|---|
| 12/01/2010 through 12/31/2010 | $95,034.00 | $3,342.80 | $79,370.00 | $19,006.80 |
| 1/01/2011 through 01/31/2011 | $132,463.50 | $535.47 | $0.00 | $132,998.97 |
| 02/01/2011 through 02/28/2011 | $145,266.00 | $1,922.23 | $0.00 | $147,188.23 |
| 3/01/2011 through 03/31/2011 | $179,592.50 | $4,872.68 | $0.00 | $184,465.18 |
| **Fifth Interim Period Total** | **$552,356.00** | **$10,673.18** | **$79,370.00** | **$483,659.18** |

---

[1] At the time of this filing all payments due remain outstanding. Any subsequent payment received from the Debtors will be reflected in the total amount due requested in the Order for this Fifth Interim Application.

[2] This figure represents the amount currently outstanding according to the Monthly Statements. The voluntary fee reduction described in paragraph 23 and the expense reduction described in paragraph 27 of the Fifth Interim Application are not reflected in this Exhibit.

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 1 TO FIFTH INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADLEY & MCCLOY LLP

**Summary of Fifth Interim Fee Period Monthly Statements – GV Ranch Station, Inc.**

| Statement Period | Total Fees Incurred | Total Expenses Incurred | Total Payments Received | Total Outstanding |
|---|---|---|---|---|
| 12/01/2010 through 12/31/2010 | $251,712.50 | $3,075.46 | $204,445.46 | $50,342.50 |
| 1/01/2011 through 01/31/2011 | $71,685.00 | $667.74 | $58,015.74 | $14,337.00 |
| 02/01/2011 through 02/28/2011 | $415,612.50 | $4,573.89 | $337,063.89 | $83,122.50 |
| 3/01/2011 through 03/31/2011 | $137,999.00 | $1,700.03 | $0.00 | $139,699.03 |
| **Fifth Interim Period Total** | **$877,009.00** | **$10,017.12** | **$599,525.09** | **$287,501.03** |

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 1 TO FIFTH INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADLEY & MCCLOY LLP

#4832-5799-1945

**<u>Exhibit 2</u>**

**<u>Exhibit 2</u>**

## Exhibit 2

### Summary of Professionals

| Timekeeper | Position | Bar Admission | Prior Rate | Current Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Paul Aronzon | Partner | 1979 | 1050 | 1095 | 469.4 | $509,299.50 |
| Kenneth Baronsky | Partner | 1988 | 1050 | 1095 | 216 | $234,166.50 |
| Thomas Kreller | Partner | 1992 | 950 | 1025 | 252.45 | $257,073.75 |
| Alexander Kaye | Partner | 1992 | 950 | 1025 | 89.5 | $90,162.50 |
| Mark Scarsi | Partner | 1996 | 950 | 1025 | 66.9 | $68,430.00 |
| P. Peter Benudiz | Partner | 1987 | 950 | 1025 | 35.2 | $35,300.00 |
| Deborah Ruosch | Partner | 1991 | 925 | 975 | 166.9 | $161,387.50 |
| David Lamb | Partner | 1979 | 925 | 975 | 35.4 | $34,395.00 |
| Brett Goldblatt | Partner | 1999 | 875 | 950 | 196.9 | $186,147.50 |
| Russell Kestenbaum | Partner | 1999 | 825 | 900 | 170.9 | $150,930.00 |
| Daniel Perry | Partner | 2000 | 825 | 900 | 40.1 | $35,235.00 |
| Adam Moses | Partner | 2002 | 695 | 795 | 334.3 | $260,018.50 |
| Bruce Gardner | Of Counsel | 1978 | 870 | 920 | 21.5 | $19,645.00 |
| David Isenberg | Of Counsel | 1986 | 770 | 820 | 419.4 | $336,798.00 |
| Leah Karlov | Of Counsel | 2001 | 725 | 775 | 42.9 | $32,677.50 |
| Fred Neufeld | Associate | 1990 | 695 | 715 | 455.65 | $323,755.75 |
| Robert Shenfeld | Associate | 1987 | 695 | 715 | 424.1 | $302,251.50 |

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 2 TO FIFTH INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADLEY & MCCLOY LLP

#4811-1070-4905

| Timekeeper | Position | Bar Admission | Prior Rate | Current Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| John Britton | Associate | 2005 | 695 | 715 | 116.6 | $83,369.00 |
| Alisa Schlesinger | Associate | 2003 | 695 | 715 | 35.9 | $24,950.50 |
| David Levine | Associate | 2002 | 695 | 715 | 30.6 | $21,627.00 |
| Brian Stern | Associate | 2003 | 695 | 715 | 23 | $16,445.00 |
| Adam Bloom | Associate | 2005 | 625 | 675 | 423.5 | $284,557.50 |
| Chloe Bloom | Associate | 2008 | 625 | 675 | 135.1 | $90,292.50 |
| Paul Torres | Associate | 2005 | 625 | 675 | 97.7 | $64,077.50 |
| Gabriel Weaver | Associate | 2005 | 625 | 675 | 82.9 | $55,902.50 |
| Miguel Ruiz | Associate | 2005 | 600 | 650 | 200 | $129,565.00 |
| Melissa Clark | Associate | 2006 | 600 | 650 | 81.8 | $52,595.00 |
| Stephanie Sklar | Associate | 2007 | 600 | 650 | 50 | $32,235.00 |
| Grace Lim | Associate | 2006 | 600 | 650 | 37.2 | $24,180.00 |
| Bria LaSalle Mertens | Associate | 2007 | 575 | 625 | 384.3 | $236,882.50 |
| Harsha Rao | Associate | 2008 | 575 | 625 | 20.9 | $13,062.50 |
| Adam Bagley | Associate | 2008 | 525 | 600 | 474.9 | $277,860.00 |
| Julian Gurule | Associate | 2007 | 525 | 600 | 399.5 | $235,200.00 |
| Andrew Everett II | Associate | 2009 | 525 | 600 | 332.3 | $195,360.00 |
| Deana Brown | Associate | 2010 | 450 | 550 | 244.6 | $125,140.00 |
| Julie Fish | Associate | 2010 | 450 | 550 | 100.3 | $54,235.00 |
| Fanny Dusastre-Martinez | Associate | 2009 | 450 | 550 | 90.3 | $49,105.00 |
| Matthew Goulding | Associate | 2009 | 450 | 550 | 44.1 | $23,825.00 |

In re Station Casinos, Inc. et al. 3:09-bk-52477
Exhibit 2 to Fifth Interim Fee Application
of Milbank, Tweed, Hadley & McCloy LLP

#4811-1070-4905

| Timekeeper | Position | Bar Admission | Prior Rate | Current Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Jenifer Gibbs | Case Manager | N/A | 250 | 255 | 61.1 | $15,547.50 |
| Charles Sheehan | Legal Assistant | N/A | 265 | 280 | 55.3 | $15,484.00 |
| Kim Strosser | Legal Assistant | N/A | 275 | 280 | 52.4 | $14,672.00 |
| Cathy Teevan | Legal Assistant | N/A | 275 | 280 | 32.2 | $9,016.00 |
| Randy Hooks | Legal Assistant | N/A | 275 | 280 | 23.5 | $6,580.00 |
| Benjamin Harris | Legal Assistant | N/A | 185 | 195 | 40.3 | $7,811.50 |
|  |  |  |  | **Total** | **7107.8** | **$5,197,251.00** |

**<u>Exhibit 3</u>**

**<u>Exhibit 3</u>**

## Exhibit 3
### Summary of Total Fees By Category – Debtor Ensemble

| Matter Code | Description | Hours | Amount |
|---|---|---|---|
| 40018-00200 | Asset Disposition | 1,320.40 | $849,176.00 |
| 40018-00300 | Business Analysis and Operations | 64.20 | $42,128.50 |
| 40018-00400 | Case Administration | 85.30 | $48,852.50 |
| 40018-00500 | Claims Administration | 34.30 | $18,818.00 |
| 40018-00700 | Fee/Employment Applications | 163.30 | $95,670.50 |
| 40018-00900 | Financing | 62.40 | $43,378.00 |
| 40018-01000 | Litigation | 45.40 | $32,885.00 |
| 40018-01200 | Plan and Disclosure Statement | 2,236.10 | $1,684,856.00 |
| 40018-01400 | Tax Issues | 773.20 | $580,721.00 |
| 40018-01600 | Non-Working Travel | 12.90 | $9,847.50 |
| 40018-01900 | Real Property Issues | 164.90 | $127,485.00 |
| 40018-02700 | Corporate Matters | 189.90 | $177,966.50 |
| 40018-02800 | Executory Contracts or Leases | 30.40 | $18,654.50 |
| 40018-02900 | File and Docket Maintenance and Calendar Review | 84.20 | $20,449.50 |
| 40018-03000 | Court Hearings | 25.90 | $23,312.50 |
| 40018-03200 | Intellectual Property | 33.70 | $27,846.00 |
| | **Total** | **5,326.50** | **$3,802,047.00** |

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 3 TO FIFTH INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADLEY & MCCLOY LLP

#4828-0553-3193

**<u>Exhibit 4</u>**

**<u>Exhibit 4</u>**

## Exhibit 4
### Summary of Total Fees By Category – FCP PropCo, LLC

| Matter Code | Description | Hours | Amount |
|---|---|---|---|
| 40278-00300 | Business Analysis and Operations | 1.2 | $1,314.00 |
| 40278-00400 | Case Administration | 3.2 | $1,680.00 |
| 40278-00900 | Financing | 1.5 | $1,230.00 |
| 40278-01200 | Plan and Disclosure Statement | 630.9 | $501,339.00 |
| 40278-01400 | Tax Issues | 3.5 | $2,485.00 |
| 40278-01900 | Real Property Issues | 9.9 | $6,815.00 |
| 40278-02700 | Corporate Matters | 36.8 | $24,007.50 |
| 40278-03200 | Intellectual Property | 4.2 | $2,865.00 |
| | **Total** | **691.2** | **$541,735.50** |

IN RE STATION CASINOS, INC. ET AL. 3:09-BK-52477
EXHIBIT 4 TO FIFTH INTERIM FEE APPLICATION
OF MILBANK, TWEED, HADLEY & MCCLOY LLP

#4828-0553-3193

**<u>Exhibit 5</u>**

**<u>Exhibit 5</u>**

**Exhibit 5**
**Summary of Total Fees By Category – GV Ranch Station, Inc.**

| Matter Code | Description | Hours | Amount |
|---|---|---|---|
| 40503-00300 | Business Analysis and Operations | 26.5 | $22,205.50 |
| 40503-00400 | Case Administration | 41.3 | $42,682.50 |
| 40503-00700 | Fee/Employment Applications | 2.4 | $1,320.00 |
| 40503-00900 | Financing | 109.4 | $88,275.00 |
| 40503-01000 | Litigation | 84.8 | $58,987.50 |
| 40503-01200 | Plan and Disclosure Statement | 460.8 | $357,191.00 |
| 40503-01400 | Tax Issues | 4.3 | $3,678.00 |
| 40503-01600 | Non-Working Travel | 5.5 | $4,132.50 |
| 40503-01900 | Real Property Issues | 3.8 | $2,375.00 |
| 40503-02000 | Rule 2004 Examinations | 0.9 | $562.50 |
| 40503-02400 | Asset Sales | 317.3 | $245,622.50 |
| 40503-02700 | Corporate Matters | 31.6 | $24,974.00 |
| 40503-03200 | Intellectual Property | 1.5 | $1,462.50 |
| | **Total** | **1090.1** | **$853,468.50** |

**<u>Exhibit 6</u>**

**<u>Exhibit 6</u>**

## Exhibit 6
### Summary of Expenses – Debtor Ensemble

| Description | Amount |
|---|---|
| Travel (Airfare) | $3,584.90 |
| Travel (Hotel) | $3,051.08 |
| Travel (Other) | $1,628.94 |
| Cab Fares/ Local Transportation | $2,218.86 |
| Telephone | $5,995.85 |
| Telecopy | $24.00 |
| Postage/UPS | $116.08 |
| Outside Facsimile | $44.84 |
| Messenger | $44.00 |
| Outside Messenger | $263.02 |
| AirFreight | $1,305.62 |
| Photocopies | $23,823.60 |
| Binding - Outside | $22.50 |
| Color Copies | $3,447.50 |
| Printing | $4,587.75 |
| Meals & Entertainment | $539.95 |
| Meal, Overtime | $1,723.02 |
| Document Retrieval/Reproduction | $48.00 |
| Miscellaneous | $134.98 |
| Research - Lexis | $13,971.75 |
| Research - Westlaw | $62,594.37 |
| Research - Hein | $100.00 |
| Fees - Court Call, etc | $3,909.66 |
| BNA Intranet Research | $135.00 |
| RIA Intranet Research | $360.00 |
| Searches | $127.24 |
| Court Search | $1,135.12 |
| **Total** | **$134,937.63** |

In re Station Casinos, Inc. et al. 3:09-bk-52477
Exhibit 6 to fifth Interim Fee Application
of Milbank, Tweed, Hadely & McCloy LLP

#4847-5122-9705

## **Exhibit 7**

## **Exhibit 7**

## Exhibit 7
### Summary of Expenses – FCP PropCo, LLC

| Description | Amount |
|---|---|
| Cab Fares/ Local Transportation | $203.62 |
| Telephone | $345.37 |
| AirFreight | $88.41 |
| Photocopies | $1,228.40 |
| Color Copies | $193.75 |
| Printing | $207.90 |
| Meal, Overtime | $48.23 |
| Fees - Court Call, etc | $8,357.50 |
| **Total** | **$10,673.18** |

In re Station Casinos, Inc. et al. 3:09-bk-52477
Exhibit 7 to fifth Interim Fee Application
of Milbank, Tweed, Hadely & McCloy LLP

#4847-5122-9705

**<u>Exhibit 8</u>**

**<u>Exhibit 8</u>**

## Exhibit 8
**Summary of Expenses – GV Ranch Station, Inc.**

| Description | Amount |
|---|---|
| Travel (Airfare) | $787.80 |
| Travel (Other) | $436.12 |
| Cab Fares/ Local Transportation | $897.41 |
| Telephone | $1,175.62 |
| Telecopy | $20.00 |
| Outside Messenger | $74.78 |
| AirFreight | $80.61 |
| Photocopies | $3,804.80 |
| Binding - In-House | $2.50 |
| Color Copies | $971.25 |
| Printing | $40.80 |
| Meals & Entertainment | $81.48 |
| Meal, Overtime | $762.77 |
| Fees - Court Call, etc | $881.18 |
| **Total** | **$10,017.12** |